UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Robert Reid

V.

John Armstrong, et al.

FILED
2004 FEB -4 P 3:07
US DISTRICT

Civil docket No. 03-00208(JCH)(HBF)

## PLAINTIFF'S MOTION FOR ENTRY FOR DEFAULT JUDGEMENT

Now comes, Plaintiff Robert Reid, in pro. se, with the above entitled motion for default judgement against the defendants. And plaintiff will set forth the following fact herein in support of an order pursuant to Fed. R. Civ. P., 55.

1. On or about August 29, 2003 defendants counsel filed a appearence on the behalf of all the defendants in the above docketted case.

2. Furthermore this honorable court thereafter formulated its first scheduling order dated September 18, 2003 by U.S. Magistrate Judge Fitzsimmons that the first appearence filed in this case by the defendants counsel was on September 2, 2003.

3. Pursaunt to Rule 16(c) of the Fed. R. Civ. P., it was ordered defendants file any motion to dismiss under Fed. R. Civ. P., 12(b)(6) or motions to dismiss as frivolous under title 28 USC Section 1915(e), or answer or reply within 60 days of the date on which the first and only appearence was filed.

4. The court should note the 60 day period has elapsed from September 2, 2003 to November 2, 2003 or thereabout, leaving defendants in default of the Courts September 18, 2003 Scheduling order submitted by Magistrate Fitzsimmons.

5. Plaintiff has allowed defense counsel plenty of extra time in a good faith effort to have them comply with this Courts order, and any additional time would place the burden on plaintiff to meet other scheduling deadlines set by the court.

1 of 2

6. Nor has defense counsel request the leave of this Court to extend the filing deadline, prior or immediately thereafter in order to comply with the Magistrate Fitzsimmons Sept 18, 2003 order.

Wherefore, Plaintiff request an entry of default judgement be issued immediately for the defendants non-compliance with this Courts Sept 18, 2003 Scheduling Order. And

a) Conduct a hearing to determine what relief + damages should be given in light of defendants non-compliance; And

b) Any other relief the Court deems just and proper.

Respectfully Submitted,

Dated: 2-2-2004

Robert Reid
Robert Reid, pro se, Plaintiff
Corrigan, C.I.
986 Norwich/New London turnpike
Uncasville, Ct. 06382

## Certification of Service

I certify that a copy of the foregoing motion has been mailed to Terrence M. O'Neill, AAG at 110 Sherman street in Hartford, Ct. 06105 this 2nd day of February, 2004.

Robert Reid
Robert Reid, pro se.