UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:03CV0208 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | |
| *Defendants* | : | February 10, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

The defendants, John Armstrong, George Wezner, Joanne Borden and Gary Credit, file their answer and affirmative defenses to the plaintiff's pro se complaint filed on January 28, 2003.

**PARTIES**

1. Admitted.

2. Denied.

3. Denied.

4. The defendants admit that, at all relevant times, defendant Joanne Borden was employed by the Connecticut DOC as a Correctional Counselor Supervisor at Corrigan CI. As to the remaining allegations of the paragraph, the plaintiff is left to his proof.

5. The defendants admit that, at all relevant times, defendant Gary Credit was employed by the Connecticut DOC as a correctional counselor at Corrigan CI. As to the remaining allegations of the paragraph, the plaintiff is left to his proof.

6. Denied.

**JURISDICTIONAL STATEMENT**

1. The plaintiff is left to his proof.

**FIRST CAUSE OF ACTION**

1. Denied.

**ARGUMENT**

6.[sic]  Admitted.

7.  The defendants admit that, in September of 2001, the plaintiff received a class (A) disciplinary report at the Corrigan Correctional Institution.  The remaining allegations of paragraph 7 are denied.

8.  The defendants admit that "a couple of months after plaintiff arrived" at Corrigan CI, on May 1, 2001 the plaintiff wrote classification and population management director Fred Levesque concerning his escape risk level.  The remaining allegations of paragraph 8 are denied.

9.  Admitted.

10.  The plaintiff is left to their proof.

11.  The plaintiff is left to his proof.

12.  The plaintiff is left to his proof.

13.  The plaintiff is left to his proof.

14.  Admitted.

15.  The plaintiff is left to his proof.

16.  With respect to the allegations in paragraph 16, the allegation that the plaintiff could not be housed at MacDougall CI or Cheshire CI due to a separation issue is admitted.  As to the remaining allegations of paragraph 16, the plaintiff is left to his proof.

17.  The plaintiff is left to his proof.

18.  Admitted.

19.  Admitted.

20. The plaintiff is left to his proof.

21. The plaintiff is left to his proof.

22. The plaintiff is left to his proof.

23. The plaintiff is left to his proof.

24. Denied.

25. The plaintiff is left to his proof.

26. The plaintiff is left to his proof.

27. Denied.

28. The plaintiff is left to his proof.

29. Denied.

30. Admitted.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The plaintiff has failed to exhaust his administrative remedies.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff's claims are barred by the Eleventh Amendment and the doctrine of sovereign immunity.

**FOURTH AFFIRMATIVE DEFENSE**

The defendants, acting in their individual capacities, are entitled to qualified immunity since, at all relevant times, their actions comported with those of an objectively reasonable correctional official under all circumstances, and the defendants did not knowingly violate any of the plaintiff's clearly established constitutional rights. Alternatively, the constitutional rights

alleged by the plaintiff to have been infringed upon were not clearly established at the time of the events giving rise to this action.

                       THE DEFENDANTS:
                       JOHN ARMSTRONG, ET Al.,

                       RICHARD BLUMENTHAL
                       ATTORNEY GENERAL


BY: _____
      Terrence M. O'Neill
      Assistant Attorney General
      Federal Bar No. 10835
      110 Sherman Street
      Hartford, CT  06105
      Tel: (860) 808-5450
      Fax: (860) 808-5591
      E-Mail: terrence.oneill@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of February, 2004 first class postage prepaid to:

**Robert Reid, no. 262849**
**Corrigan CI**
**986 Norwich/New London Tpke.**
**Uncasville, CT 06382**

_____
Terrence M. O'Neill
Assistant Attorney General