UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -7 P 4: 55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Robert Reid, pro se.
    Plaintiff

v.

John Armstrong, et al.
    Defendants

Civil Action No.

Docket No. 3:03 CV 0208 (JCH)

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff, Robert Reid in his status of pro. se. in the above entitled motion for summary judgment pursuant to Fed. R. Civ. Pro. 56. And as demonstrated in his papers. there are no undisputed material facts and that Plaintiff is entitled to judgment as a matter of law.

Filed in support of this motion are a memorandum of law with supporting exhibits, and affidavit, and a Statement of Undisputed Material Facts as required by L. Civ. R. 9(c)1.

-1-

Respectfully Submitted,

BY: *Robert A Reid*
Robert A. Reid - Plaintiff
Corrigan C.I.
986 Norwich-NewLondon Tpke
Uncasville, Ct. 06382

DATED: 3-31-04

## CERTIFICATION

I hereby certify that a copy hereof was mailed this 31st day of March, 2004 to Terrence M. O'Neill at 110 Sherman Street Hartford, Ct. 06105.

*Robert Reid*
pro, se