UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ROBERT REID | : | PRISONER<br>CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:03CV208 (JCH)(HBF) |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOHN ARMSTRONG, ET AL., | : |  |
| *Defendants* | : | April 16, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants, John Armstrong, Et Al., move for an enlargement of time of thirty days, to and including May 28, 2004, in which to respond to the plaintiff's motion for summary judgment and to file their own cross-motion for summary judgment. In support of this motion, the undersigned represents that the plaintiff, a New Hampshire inmate housed here in Connecticut, raises several questions that require additional information, and in all likelihood an affidavit, from New Hampshire correctional authorities. The additional time is necessary to obtain these materials.

Because the pro se plaintiff is a sentenced inmate, the undersigned was unable to ascertain his position on this motion. This is the defendants' first motion for an enlargement of time to respond to the plaintiff's summary judgment motion.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Terrence M. O'Neil
Assistant Attorney General
Federal Bar No. 10835
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Email: terrence.oneill@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of April, 2004, first class postage prepaid to:

Robert Reid, No. 262849
Garner CI
P.O. Box 5500
Newtown, CT 06470


/s/_____
Terrence M. O'Neill
Assistant Attorney General