UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Robert Reid

v.                                              No. 3:03cv208(JCH)

John Armstrong, et al

FILED
2004 APR 29 P 2:45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PRISONER

## OBJECTION TO DEFENDANTS MOTION FOR ENLARGEMENT OF TIME

Now comes Plaintiff Robert Reid in pro. se. with the above entitled motion objecting to defendants motion for enlargement of time, in which to respond to plaintiff's motion for summary judgment, and to file a cross-motion for summary judgment. In support of this objection, plaintiff represents all information pertaining to his custody in Connecticut should have been furnished according to the New England Interstate Compact and/or Contract. Defendants has not identified any specific questions that may be in dispute nor have they seek plaintiff's position on the question defendant seek to raise. Thus additional time is unnecessary, and is delaying, and also seeking to file a cross-motion after the seven (210) days scheduling order dated September 18, 2003 by the U.S. Magistrate Judge. Pursuant to Rule 16(c), 16(b) of Fed. R. Civ. P., and 26(f) Pursuant to Rule 28 Loc. R. Civ. P.,

At no known time did defense counsel seek to ascertain plaintiff position on there motion nor was a diligent effort made to do so. Local Rule of Civil procedure Rule 9a, 9b2.

Plaintiff would also have the Court note that he still has a pending motion before the Court for default against the defendants who after plaintiff made certification on February 2, 2004 by mail. Eight(8)days thereafter on February 10, 2004 formulated their answer and affirmative defenses after became aware of being in default of plaintiffs motion.

Therefore. Plaintiff would argue defense counsel motion should be deemed moot enlight of the granting of the motion for default, and non-compliance with this Courts scheduling order.

BY: _Robert Reid_
Robert A. Reid - Plaintiff
Garner C.I.
P.O. Box 5500
Newtown, Ct. 06470

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 26th day of April, 2004 to Terrence M. O'Neill, AAG at 110 Sherman Street, Hartford, Ct. 06105.

_Robert Reid_
Robert Reid pro se.