UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -5 P 3: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

ROBERT A. REID                          :

                 :

    v.                          :        PRISONER
                 :        Case No. 3:03CV208(JCH)(HBF)

                 :

JOHN J. ARMSTRONG, et al.        :

RULING AND ORDER

Defendants' motion for extension of time, until May 28,

2004, to respond to plaintiff's motion for summary judgment and

to file a cross-motion for summary judgment [**doc. #17**] is

**GRANTED**.

    **SO ORDERED** at Bridgeport, Connecticut, this ___3___ day of

~~April,~~ 2004.

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE