UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 18 A 11: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ROBERT REID

v.

JOHN ARMSTRONG, ET AL.

PRISONER
Case No.  3:03CV208 (JCH) (HBF)

## RULING AND ORDER

Pending before the court is the plaintiff's motion for default. He seeks to default the defendants for failure to plead. Because the defendants have filed an answer to the complaint, they are not in default. The Motion for Default **[doc. # 14]** is **DENIED**.

SO ORDERED in Bridgeport, Connecticut, this  17th  of May, 2004.

Janet C. Hall
United States District Judge