UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | PRISONER |
| *Plaintiff* | : | CIVIL ACTION NO. |
| | : | Docket No. 3:03CV208 (JCH)(HBF) |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *Defendants* | : | May 28, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendants, John Armstrong, Et Al., move for an enlargement of time of twenty-one days, to and including June 18, 2004, in which to respond to the plaintiff's motion for summary judgment and to file their own cross-motion for summary judgment. In support of this motion, the undersigned represents that the brief is substantially written, but affidavits are needed from New Hampshire personnel familiar with Mr. Reid's correctional and parole experiences in that state. The additional time is necessary to obtain these affidavits.

Because the pro se plaintiff is a sentenced inmate, the undersigned has not ascertained his position on this motion, but since the plaintiff objected to a previous motion for enlargement of time, it should be assumed that he objects to this request. This is the defendants' second motion for an enlargement of time to respond to the plaintiff's summary judgment motion.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     /s/
Terrence M. O'Neil
Assistant Attorney General
Federal Bar No. 10835
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Email: terrence.oneill@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th day of May, 2004, first class postage prepaid to:

Robert Reid, No. 262849
Garner CI
P.O. Box 5500
Newtown, CT 06470


/s/
Terrence M. O'Neill
Assistant Attorney General