UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 18 P 4: 05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Robert Reid, pro se.
Plaintiff.

V.

John Armstrong, et al.
Defendants.

Prisoner
Civil Action No.
Docket No. 3:03CV208(SCH)(HBF)

## PLAINTIFF'S OBJECTION TO DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME

Now comes Plaintiff Robert Reid, in prose with his second objection to defendants motion for enlargement of time who had represented to this court previously it would only require thirty (30) days to gather additional information such as affidavits from New Hampshire Correctional Authorities.

Because plaintiff is a New Hampshire inmate housed in Connecticut additional time was grant upon the filing of defendants motion dated April 16, 2004 requesting to May 28, 2004, in which to respond to plaintiff's motion for summary judgment and to file their own cross-motions for summary judgment. [doc-17].

Again the defendants are requesting still additional time in their second motion for enlargement of time dated May 28, 2004 for an additional twenty-one (21) days, to and including June 18, 2004 using the same excuse in obtaining their first enlargement of time.

Nor has defendants Counsel ascertained plaintiff position on any of its motions for enlargement of time.

Wherefore, Plaintiff request that this Court deny defendants Second motion for enlargement of time.

Respectfully Submitted,

Robert Reid
Robert Reid, pro se, Plaintiff
Garner. C.I.
Post office Box 5500
Newtown, Ct. 06470

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedures on June 15th, 2004 to: Terrence M. O'Neill Assistant Attorney General at 110 Sherman Street Hartford, Ct. 06105.

Robert Reid
Robert Reid pro se.