UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | CIVIL ACTION NO. 3:03CV208(JCH) |
| *PLAINTIFF* | : | |
| V. | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *DEFENDANTS* | : | JUNE 18, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, John Armstrong, George Wezner, Joanne Borden and Gary Credit, hereby move for summary judgment. In support of this motion, the defendants assert that the undisputed material facts show the plaintiff has no liberty interest entitled to due process protecttion, and accordingly, the defendants are entitled to judgment as a matter of law.

Filed herewith is a memorandum of law and Statement of Undisputed material Facts filed pursuant to Local Rule 9(c).

DEFENDANTS:

JOHN ARMSTRONG, ET Al.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel.:  (860) 808-5450
Email: terrence.oneill@po.state.ct.us


**CERTIFICATION**


I hereby certify that a copy hereof was mailed this date, first class postage prepaid, to:

Robert Reid, No. 262849
Garner CI
P.O. Box 5500
Newtown, CT 06470


_____/s/_____
Terrence M. O'Neill