UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | CIVIL ACTION NO. 3:03CV208 (JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *Defendant* | : | June 18, 2004 |

## DEFENDANTS' 9(c)2 COUNTERSTATEMENT OF MATERIAL FACTS

The defendants hereby file their response to the plaintiff's statement of undisputed material facts.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied. With respect to the plaintiff, all decisions regarding inmate classification are governed by the rules of the receiving state, in this case, Connecticut. The plaintiff has not right to a particular classification. See Defendants' Exhibits 10, 11 and 12.

8. Defendants admit that the plaintiff has been kept in maximum security, level 4 facilities in Connecticut since October 5, 2000. The defendants deny that New Hampshire classification procedures have any application to the plaintiff while he is housed here in Connecticut. See Defendants' Exhibits 10-12.

9. Admitted.

10. The defendants deny that New Hampshire classification procedures have any application to the plaintiff while he is housed here in Connecticut. See Defendants' Exhibits 10-12.

11. The defendants deny that New Hampshire classification procedures have any application to the plaintiff while he is housed here in Connecticut. See Defendants' Exhibits 10-12. Moreover, the plaintiff has been considered for parole by the New Hampshire Adult Parole Board, and his request for parole has been denied. See Defendants' Ex. 12.

12. Defendants admit that the plaintiff received disciplinary reports on these dates. However, the defendants deny that any classification guidelines confer any liberty interest entitled to due process protections, and therefore this paragraph does not recite "material" facts.

13. The defendants deny that New Hampshire classification procedures have any application to the plaintiff while he is housed here in Connecticut. See Defendants' Exhibits 10-12.

14. Admitted.

15. Denied. The New Hampshire Adult Parole Board has indicated that it will not consider the plaintiff's application for parole until he obtains a halfway house placement and completes an anger management program. See Defendants' Exhibit 13.

16. Denied. The plaintiff is housed in Connecticut, and subject to Connecticut classification procedures, because of his own violent criminal and institutional behavior. He alone is responsible for his classification as a maximum security inmate. See Defendants' Exs. 1, 3, 7, 8 and 9.

17. Denied. Not only does this opinion statement ignore the consequences of his own poor behavior, but also ignores all of the factors that govern parole release in New Hampshire. See Defendants' Exhibits 14 and 15.

18. The defendants deny that New Hampshire classification procedures have any application to the plaintiff while he is housed here in Connecticut. See Defendants' Exhibits 10-12.

19. The defendants deny that New Hampshire classification procedures have any application to the plaintiff while he is housed here in Connecticut. See Defendants' Exhibits 10-12. Moreover, the plaintiff has been considered for parole by the New Hampshire Adult Parole Board, and has been denied parole. See Defendants' Ex. 12.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. 10835
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Email:terrence.oneill@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of June, 2004, first class postage prepaid to:

**Robert Reid, No.. 262849**
**Garner CI**
**P.O. Box 5500**
**Newtown, CT 06470**

                                                                      /s/
                                              Terrence M. O'Neill
                                              Assistant Attorney General