## UNITED STATES DISTRICT COURT
## DISTRICT OF  CONNECTICUT

ROBERT REID                            :          CIVIL ACTION NO. 3:03CV208(JCH)
    *PLAINTIFF*                     :

V.                                     :

JOHN ARMSTRONG, ET AL.,                :
    *DEFENDANTS*                   :          JUNE 18, 2004

### NOTICE OF MANUAL FILING

      Please take notice that defendants, John Armstrong, et al., have manually filed the following documents:

- Exhibits 1 through 15 to Memorandum of Law in Support of Defendants' Motion Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment

These documents have not been filed electronically because

[ X ]   the documents cannot be converted to an electronic format
[  ]    the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
JOHN ARMSTRONG, ET Al.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Email: terrence.oneill@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this

18th day of June, 2004:

    Robert Reid, No. 262849
    Garner CI
    P.O. Box 5500
    Newtown, CT 06470


                                        _____/s/_____
                                        Terrence M. O'Neill
                                        Assistant Attorney General