UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV208 (JCH) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *Defendants* | : | June 24, 2004 |

## NOTICE OF FILING ORIGINAL AFFIDAVIT

The defendants, John Armstrong, Et Al., hereby give notice of their filing of the original affidavit of John F. Eckert in support of the defendants' motion for summary judgment. The signed copy, produced by an employee of the New Hampshire Adult Parole Board, did not arrive in time for the filing of the defendants' motion for summary judgment.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/
Terrence M. O'Neill
Assistant Attorney General
Fed. Bar No. ct 10835
110 Sherman Street
Hartford, CT  06105
Tel: (860) 808-5090
Fax: (860) 808-5384
Email:terrence.oneill@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of June, 2004, first class postage prepaid to:

**Robert Reid, No. 262849
Garner CI
P.O. Box 5500
Newtown, CT 06470**

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General