UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT FILED

Robert Reid, pro se.
Plaintiff.

V.

John Armstrong, et al.
Defendants

2004 JUN 30 P 4:33 PRISONER
Civil Action No.
U.S. DISTRICT COURT Docket No. 3:03CV208(JCH)(HBF)
BRIDGEPORT, CONN.

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

Now comes Plaintiff Robert Reid, in pro se, with his motion to strike defendants motion for Summary Judgement dated June 18, 2004. Plaintiff will state the following facts herein in support.

On or about April 16, 2004 the defendants formulated a motion for enlargement of time their first motion of the kind to extend the filing deadline to May 28, 2004, and as stated in said motion the additional time was necessary to obtain affidavits from New Hampshire Correctional Authorities.

The defendants motion for enlargement of time was granted over plaintiffs objection dated April 26, 2004 allowing defendants until May 28, 2004 to respond to plaintiff's motion for summary judgement and to file a cross-motion for summary judgement before this Court.

After the failure of defense counsel to meet its May 28, 2004 filing deadline another motion for enlargement of time was formulated which seek this court to allow an additional time of twenty-one (21) days to file necessary pleadings before the Court, which if granted would have extended the requested time until June 18, 2004.

I the plaintiff thereafter formulated his second objection to the defendants motion on June 15th 2004.

Although the defendants did not have prior leave of the court past the may 28, 2004 deadline to file a response to Plaintiffs' motion of Summary Judgement And a Cross-motion for Summary Judgement.

On June 21, 2004 plaintiff requested a legal call from Correctional Counselor Semino to call the UNITED STATES DISTRICT Court in Bridgeport to speak with the Clerks office to inquire about the last docket entry in this case, and was informed that the defendants motion to enlarge time was the last entry, and I inquired if my objection to said motion was received, which was not entered on the docket as of yet. see (Attachment-1).

Plaintiff on June 23, 2004 received defendants notice of manual filing of its motion for summary Judgment dated June 18, 2004, which Certification was allegely made on the same day which was Friday, but was not postmark until 21, 2004 It is unlikely that these documents were received by this Court on June 18, 2004 after plaintiff's conversation with the Clerks office on June 21, 2004.

Even after defendants misrepresentation to this court of needing the additional time to obtain affidavits from New Hampshire Prison Authorities not one of these documents where produced by defense counsel in its pleadings.

There is no memorandum of law herein. and is not needed.

Wherefore, Plaintiff request the Court grant this Motion to Strike. defendants motion for Summary Judgement from its record,

Respectfully Submitted,

_Robert Reid_

Robert A. Reid, prose Plaintiff
Garner, C. I. A-Pod # 121
Post office Box 5500
Newtown, Ct. 06470

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the federal Rules of Civil Procedure on this 28th day of JUNE, 2004 to Assistant Attorney General Terrence M'O'Neill at 110 Sherman Street Hartford, Ct. 06105.

_Robert Reid_

Robert Reid, Pro.se.
Plaintiff.

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 1/8/02

| Inmate Name | Reid | | Inmate no. 262849 |
|---|---|---|---|
| Facility | Garner | Housing unit A-Pod #121 | Date June 23, 2004 |

**Request** Could you please confirm to whom I placed a legal call to, and date, and phone number called from your log book, and if contact was made.

(continue on back if necessary)

Thanks Much,
Robert Reid

**Previous Action Taken**

I/M Reid #262849 called the U.S. District Court office 203-579-5861 on 6/21/04. He spoke to the Court Clerk.

cc Semino

(continue on back if necessary)

**Submitted to** Corrections Counselor - MS. Semino

**Acted on by** | | Date

**Action Taken and/or Response**

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**