UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT REID

v

JOHN ARMSTRONG, et. al.

FILED
2005 MAR 21 P 4: 01
CV# 03-00208 (JCH)
DISTRICT COURT
March 17, 2005

## MOTION FOR PRE-JUDGEMENT LIEN

Now Comes the plaintiff Robert Reid, in pro. se. And hereby moves this Court for a Pre-Judgement Lien against all said defendants in the above entitled matter Armstrong, Wezner, Borden, and Credit in the amount of $110,000.00 against each defendant.

Plaintiff requests Pre-Judgment Lien on all assets, i.g. Real estate, bank accounts, Checking and Savings, C.D. bonds, Stocks, state pension, Credit Union Accounts of all said above name defendants, and any accounts, Real estate held jointly with their spouses.

Plaintiff filed a 42 U.S.C. 1983 Civil Rights Complaint against all said defendants for violating his due process and equal protection rights under the 14th Amendment to the US Constitution.

Furthermore Plaintiff request this Pre-Judgment Lien against all said defendants Assets (Armstrong, Wezner, Borden and Credit) until the plaintiff case has been resolved, so that defendants cannot hide or transfer their assets Assets to someone else.

Wherefore, the plaintiff prays that this Court grant plaintiff motion for Pre-judgment lien in the amount of $110,000.00 against each defendant.

Respectfully Submitted,
Robert Reid
Robert Reid Plaintiff
986 Norwich-New London tpke
Uncasville, Ct. 06382

## CERTIFICATION

I hereby certify that a copy hereof was mailed this 17th day of March 2005 to Terrence M. O'Neill at 110 Sherman Street Hartford, CT. 06105.

*Robert Reid*
Robert Reid pro se