UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT REID

                     PRISONER
   v.                    CASE NO. 3:03cv208 (JCH) (HBF)

JOHN J. ARMSTRONG
GEORGE WEZNER
JOANNE BORDEN
GARY CREDIT

J U D G M E N T

      This cause came on for consideration on the cross-motions for summary judgment and a motion to strike defendants' motion for summary judgment before the Honorable Janet C. Hall, United States District Judge. The Court has considered the motions and all the related papers. On March 29, 2005, the Court filed its Ruling granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment and motion to strike defendants' motion for summary judgment.

      Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

      Dated at Bridgeport, Connecticut this 29th day of March, 2005.

                                  KEVIN F. ROWE, Clerk

                                  By /s/ Cynthia Earle
                                     Cynthia Earle
                                     Deputy Clerk

Entered on the Docket _____