UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | PRISONER |
| ROBERT REID | : | CIVIL ACTION NO. 3:03CV208 (JCH) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *Defendant* | : | MAY 9, 2005 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

The defendants hereby object to the plaintiff's April 15, 2005 motion for reconsideration of the court's ruling on cross-motions for summary judgment. In support of this objection, the defendants note that the plaintiff has merely restated unavailing arguments previously asserted in his own motion for summary judgment. Plaintiff's persistence in challenging his inmate classification here in Connecticut ignores clearly established law, and perhaps more importantly, disregards his own record of significantly violent behavior while in custody and while at liberty. Conceding, as he does, on the first page of his motion for reconsideration "that the Constitution creates no right to receive parole nor does it entitle any inmate to a particular institutional classification," it is submitted that the plaintiff's motion is frivolous.

Wherefore, for the foregoing reasons, the plaintiff's motion for reconsideration should be denied.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:    \_\_\_\_\_/s/_____
        Terrence M. O'Neill
        Assistant Attorney General
        Federal Bar No. 10835
        110 Sherman Street
        Hartford, CT  06105
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        Email:terrence.oneill@po.state.ct.us

Case 3:03-cv-00208-WWE   Document 33   Filed 05/11/2005   Page 2 of 3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 9th day of May, 2005, first class postage prepaid to:

**Robert Reid, No. 262849**
**Corrigan CI**
**986 Norwich-New London Tpke.**
**Uncasville, CT 06382**

　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　Terrence M. O'Neill
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General