UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ROBERT REID | : | PRISONER<br>CIVIL ACTION NO. 3:03CV208 (JCH) |
| *Plaintiff* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| JOHN ARMSTRONG, ET AL., | : |  |
| *Defendant* | : | APRIL 13, 2006 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The defendants move for an enlargement of time of 30 days, to and including May 17, 2006, in which to file a motion for summary judgment. In support of this motion, the undersigned represents that the court, in an order transmitted electronically to defendants' counsel on April 13, 2006, informed the parties that dispositive motions were to be filed four days later, on April 17, 2006. The electronic order further indicates that notice of the deadline will be sent by first-class mail to the plaintiff, an incarcerated inmate who appears pro se in this action.

The undersigned is unable to obtain the plaintiff's position on this motion since he is no longer in the custody of the Connecticut Department of Correction and has not amended his appearance with the court to reflect his current address. Indeed, it is unlikely that the plaintiff will receive the court's notice until after the passage of the current deadline, if at all.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:      _____/s/_____
          Terrence M. O'Neill
          Assistant Attorney General
          Federal Bar No. 10835
          110 Sherman Street
          Hartford, CT  06105
          Tel: (860) 808-5450
          Fax: (860) 808-5591
          Email:terrence.oneill@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of April, 2006, first class postage prepaid to:

**Robert Reid, No. 262849**
**Corrigan CI**
**986 Norwich-New London Tpke.**
**Uncasville, CT 06382**

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General