```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


ROBERT REID


       v.                                    PRISONER
                                   Case No.  3:03CV208 (JCH) (HBF)
JOHN ARMSTRONG, ET AL.

                          RULING AND ORDER
```

On March 28, 2006, the court issued a ruling granting plaintiff's motion for reconsideration of its ruling on defendants' motion for summary judgment and permitting the defendants until April 17, 2006, to file a supplemental motion for summary judgment on the one remaining claim in this action. The defendants seek an extension of time until May 17, 2006, to file a supplemental motion for summary judgment.

Counsel for the defendants contends that he did not receive notice of the court's ruling permitting him to file a supplemental motion for summary judgment until April 13, 2006. The Motion for Extension of Time [**doc. #36**] to file a supplemental motion for summary judgment is **GRANTED** for good cause shown. The defendants shall file any supplemental motion for summary judgment on or before May 17, 2006.

SO ORDERED in Bridgeport, Connecticut, this 2nd of May, 2006.

```
                              _____/s/_____
                              Holly B. Fitzsimmons
                              United States Magistrate Judge
```