UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Robert A. Reid

    v.                                    CIV. NO.3:03cv208(JCH)(HBF)

John Armstrong, et al

## **NOTICE TO PARTIES**

      This file is now being maintained in Bridgeport.

      You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at Bridgeport.

      You should no longer include the prisoner designation over the case number on any document filed in this action.

      If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at 915 Lafayette, Bridgeport, CT 06604.

                                                        BY ORDER OF THE COURT
                                                        KEVIN F. ROWE, CLERK

Dated June 22, 2006.