UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT A. REID

    v.                                Case No.    3:03CV208 (JCH)(HBF)

JOHN J. ARMSTRONG, ET AL.

## ORDER

On May 1, 2003, the court sent the plaintiff a notice informing him that he must submit a written notice of change of address if his address changed at any time during the litigation of the case.  The plaintiff's address on file with the court is Corrigan Correctional Institution, 986 Norwich/New London Turnpike, Uncasville, Connecticut 06382.

On March 29, 2006, the court mailed the plaintiff a ruling on pending motions. On April 11, 2006, the ruling was returned by the U.S. Postal Service with a notation that the ruling was undeliverable because the plaintiff was no longer in custody.  A second ruling mailed to the plaintiff on May 8, 2006, was also returned to the court as undeliverable and with a notation that the U.S. Postal Service was unable to forward the ruling to another address.  On June 22, 2006, the court mailed a notice to the plaintiff indicating that the file would be maintained in Bridgeport and the PRISONER designation should no longer be used on documents filed in the case.  The notice was returned by the U.S. Postal Service with a notation that it was undeliverable and could not be forwarded to another address.

The plaintiff has not filed a change of address or contacted the court in any

manner as required by the court's May 1, 2003 Notice and the Local Rules for the District of Connecticut. See Rule 83.1(c), D. Conn. L. Civ. R. (pro se party must provide the court with a written notice indicating an address within Connecticut where he or she can be served with motions, pleadings and other court documents filed in the case).

In response to an inquiry from the court regarding the plaintiff's current address, counsel for the defendants has informed the court that the plaintiff has been returned to the New Hampshire Department of Corrections. An officer with the New Hampshire Department of Corrections has informed the court that the plaintiff is currently incarcerated at Northern New Hampshire Correctional Facility, 138 East Milan Road, Berlin, New Hampshire 03570 and his inmate number is 18258. The Clerk is directed to send a copy of this order and the court's pretrial order [Dkt. No. 39] to the plaintiff at the New Hampshire address.

**The plaintiff is directed to file a written notice of his current address with the court on or before November 1, 2006.** Failure to do so will result in dismissal of this case pursuant to Rule 41(b), Fed. R. Civ. P. without further notice from this court.

SO ORDERED this 10th day of October, 2006 at Bridgeport, Connecticut.

/s/Janet C. Hall
Janet C. Hall
United States District Judge