Robert A. Reid #18258
Northern Correctional Facility
138 East Milan Road
Berlin, NH 03570

OCT 27 2006

Office of the Clerk
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Ct. 06604

Oct 22 2006

address updated
10/30/06

October 27, 2006

RE: Reid v. Armstrong, et al. Case No. 03 CV 208 (JCH)(HBF)

Dear Clerk:

Please be advise I had previously sent a change of Address to the Court on or about 2-14-06 when I was transferred from Corrigan C.I. to NH Northern Correctional Facility. And I very much appreciate the Courts attempts to locate me before taking adverse actions. I would also request that I be furnished with any orders or pleadings that have been entered on the docket after 2-14-06 and I would like the chance to respond if necessary. Plantiffs Address is as cited above and should be entered in the record as such.

Sincerely Yours,

Robert Reid