UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 NOV 30 P 5:03

ROBERT A. REID

V.                                   Civil Action 3:03 cv 208 (JCH)

JOHN ARMSTRONG, et al.


PLAINTIFFS OBJECTION TO DEFENDANTS
RESPONSE TO ORDER TO SHOW CAUSE

Now comes Robert Reid, in pro se as the plaintiff in the about objection to defendants response to show cause, Plaintiff states as follows in support of this objection.

This matter was brought by plaintiff who is a pro se litigant who at the time was being involuntarily detained by Connecticut Department of Corrections at its Corrigan Correctional Institution. On or about February 10, 2006 I was informed to pack my property and be prepared to be transferred out back to New Hampshire. At which time plaintiff prepared to send a change of addresses to this Court my counsel, and also the Assistant Attorney General MR. O'Neill, And a forewarding address for Corrigan, C.I. to have my funds from my inmate account transferred to me at New Hampshire State Prison at Concord, N.H. 03301. Plaintiff was not counting on being transported directly to the Northern Correctional Facility in Berlin, N.H. Defendant Counsel Admits that Attorney Jim Nugent who represents plaintiff in another case informed him that plaintiff had returned to New Hampshire and was incarcerated there, in fact Defense Counsel was given a motion by representing Counsel in early October with plaintiffs change of address via motion to postpone trial in Civil Action 3:48CV2500 (WWE) date Oct 13, 2006.

Plaintiff would not opposed if defense counsel sending him a copy of there Trial Memorandum in October once if they say's true did not become aware of plaintiffs address, but there know Acuse to ignor An order that was received by the Court, with the hopes of the Court dismissing plaintiff case.

Wherefore, Plaintiff request this honorable disregard defense counsel response, And impose sanction which it deems just And proper.

Respectfully Submitted,

*Robert Reid*
Robert Reid #182578
Northern Correctional Facility
138 East Milan Road
Berlin, NH. 03570

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of November, 2006

Terence M O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06105

*Robert Reid*
Robert Reid pro se
Plaintiff