UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 NOV 30 P 5:03

Robert Reid, pro se.
    Plaintiff

V.                                                        Civil, No. 3:03CV208(JCH)

Armstrong, Commissioner Ct D.O.C. et Al.
    Defendants

### PLAINTIFF REQUEST LEAVE OF THE COURT TO FILE TRIAL MEMORANDUM

Now comes Robert Reid, as Plaintiff in pro se, with his request to the Court to file a trial memorandum after his November 1, 2006 deadline. Plaintiff states the following;

On or about February 10th 2006 plaintiff was informed by Connecticut Department of Correction officials that he needed pack his personal property because he would be returning to the state of New Hampshire.

At which time plaintiff wrote Assistant Attorney General Mr. O'neill this Court my Attorney in another pending matter which I placed in Corrigan Correctional Institution in house mailbox.

Plaintiff had been awaiting some (9) months while in Connecticut Department of Corrections on a decision on his pleading which was a motion for Reconsideration.

The Court on or about March 28, 2006 enter a order granting plaintiffs motion for reconsideration, and also granting plaintiffs motion for an order and vacated (doc. 31) judgment reopening the case unknown to plaintiff, to be reopened.

Plaintiff sometime in October received an order from this Court requiring him to file written notice of current address by November 11, 2006. At which time he became aware that his change of address did not reach this Court.

Plaintiff again submitted his current address immediately to the court some period during the same month of this Court order, and informed the clerk office that I had not received any pleadings or orders after my transfer back to New Hampshire in February of 2006. (doc-40).

The Court responded by issuing an order dated November 8, 2006 (doc-41) directing the Clerk to send plaintiff copies of Doc Nos. 35 and 39 and a copy of the current docket sheet.

Plaintiff did not receive this courts November 8, 2006 order (doc-41) until a few days later.

Wherefore, plaintiff request leave of this honorable court to file a late trial memorandum. And grant this motion;

Respectfully Submitted,
Robert Reid
Robert Reid #18258
Northern Correctional Facility
138 East Milan Road
Berlin, NH 03570

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of November, 2006.

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06105

Robert Reid
Robert Reid, pro se
Plaintiff