# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT A. REID | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-03-cv-00208(JCH) |
| | : | |
| JOHN J. ARMSTRONG, ET AL | : | |
| Defendants | : | DECEMBER 6, 2006 |

## ORDER RE: RESPONSE

The court notes the response of defendants to its Order to Show Cause. The court will defer the question of whether to impose sanctions on defense counsel until the Pre-Trial Conference. In the meanwhile, the court notes, despite stating it had been prepared, no Pre-Trial Memorandum has been filed by the defendants.

Unless the defendants file a Pre-Trial Memorandum by December 13, 2006, the court will enter a default.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 6th day of December, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Court