UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOV 3 0 2006

FILED
2006 DEC 21 P 5:10

Robert Reid, pro, se.
    Plaintiff

V.

    Civil Action No. 3:03CV 208(JCH)

John Armstrong, Commissioner Ct. D.O.C. Et Al
    Defendants.

## PLAINTIFFS OBJECTION TO COURT ORDER

Now Comes Robert Reid, Plaintiff in pro, se. with his objection to this Courts order dated March 28, 2006 denying (doc -16) As it Address his Equal Protection Claims, Plaintiff states the following in support.

On or about April 7, 2004 the Court filed and docketted plaintiffs motion for Summary Judgment which this Court later construed "Plaintiff's motion for Partial Summary Judgment, and Attached to said document was statement of material facts memorandum of law in support.

Plaintiff although a pro, se. litigant should have his pleadings construe liberally because of the lack of education in law, and being unable to express his opinion through his pleading as a trained lawyer would.

If this Court would have done the above it would have construed Sections of plaintiff memorandum in support on pages 5-6 Sect.(C) in which it is clearly stated because of Connecticut Prison officials failure

to provide plaintiff Classification Reviews in which a similarly situated inmate in New Hampshire state Prison would have received violated his Equal Protection Rights because it in fact lengthened his sentences based on Connecticut Classification procedures.

Plaintiff would have the court note the cases in which he cites in his memorandum Carillo v. DuBois, and Knox v. Lanham deal with equal protection issues. These issue were in fact over looked, and were never addressed by defense counsels.

Plaintiff throughout his complaint argues he should be similarly situated to New Hampshire inmates and be manage accordingly for the purpose of parole + parole eligibility

Wherefore, Plaintiff moves this honorable Court to look closely at his pleading (doc-16), and order judgment in his favor.

Respectfully Submitted,

Robert Reid

Robert Reid, pro se Plaintiff
Northern Correctional Facility
138 East Milan Road
Berlin, N.H. 03570

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 14th, day of December, 2006

Terrence O'Neill, Esq
Assistant Attorney General
110 Sherman Street
Hartford, Ct. 06105-2294

Robert Reid
Robert Reid pro se.
Plaintiff