UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 JAN -3 P 4: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Robert Reid, pro se,
    Plaintiff

V.                                                                Case No. 3:03-CV-208 (JCH)

John Armstrong, et al,
    Defendants

## PLAINTIFF'S OBJECTION OF DEFENDANTS' FILING OF A LATE TRIAL MEMORANDUM

Now Comes Robert Reid as plaintiff, in pro se, in the above entitled matter objecting to Defendants filing of a late trial memorandum before this Court. Plaintiff will state as follows:

On or about July 20, 2006 this Court ordered a Pretrial Deadline for defendants to serve and file a pretrial memorandum, and provided it to the plaintiff by September 15, 2006, but said memorandum was also required to be filed in this Court on November 1, 2006.

Although Defendants could have served and filed there trial memorandum at the latest in October 2006 once they became aware of plaintiff's location, they choose not to.

At least defense counsel could have request an extension of time or the leave of the court to file a late trial memorandum under the circumstances

On or about February 13, 2006 at Connecticut's Corrigan's Correctional Institution Lieutenant Kimez completed a form in my presence with the forewarding address in which my inmate funds where to be sent to. See Attached Affidavit of Robert Reid.

The forewarding address in which plaintiff left was New Hampshire State Prison Post Office Box 14 Concord, NH. 03301, which is New Hampshires main facility.

So for the defense counsel to say that Connecticut Department of Corrections did not know plaintiff's whereabouts is a clear misrepresentation to this Court.

Defense Counsel not only misrepresented information to this Court but also failed to comply with this Courts Locale Rules 11(c)(d).

Wherefore, Plaintiff moves this honorable Court to deny the filing of defendants trial Memorandum, and otherwise sanction them in light of the foresaid.

Respectfully Submitted,

Robert Reid

Robert Reid, pro se. Plaintiff
Northern Correctional Facitity
138 East Milan Road
Berlin, NH. 03570

Dated: December 21, 2006

### Certificate Service

I hereby certify that a copy of the foregoing was mail this day to Terrence @ O'Neill at 110 Sherman Street Hartford, Ct. 06105.

Robert Reid