UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT A. REID | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-03-cv-00208(JCH) |
| JOHN J. ARMSTRONG, ET AL | : | |
|     Defendants | : | JANUARY 26, 2007 |

**ORDER**

In order to assist the court in setting a trial schedule for the above-captioned case, the court requests that the defendants' counsel report to the court the plaintiff's expected discharge date of his current sentence which the court understands he is serving at the New Hampshire Department of Corrections.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 26th day of January, 2007.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Court