UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT REID
*Plaintiff*

v.

JOHN ARMSTRONG, ET AL.,
*Defendant*

CIVIL ACTION NO. 3:03CV208(JCH)

JANUARY 31, 2007

FILED
2007 FEB -1 A 11:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## DEFENDANTS' RESPONSE TO THE COURT'S ORDER OF JANUARY 26, 2007 REGARDING PLAINTIFF'S EXPECTED DISCHARGE FROM CUSTODY

In an order dated January 26, 2007, the court ordered that defendants' counsel "report to the court the plaintiff's expected discharge date of his current sentence which the court understands he is serving at the New Hampshire Department of Corrections." Defendants' counsel has made inquiry of the New Hampshire Department of Corrections and reports the following.

The New Hampshire DOC website lists incarcerated offender information. On the website, the plaintiff is identified as being held at the Northern New Hampshire Correctional Facility in Berlin, New Hampshire, having been parole eligible since February 16, 2002 and with a maximum release date of August 24, 2019. A copy of this information page is appended hereto.

In addition to searching the website, the undersigned spoke with Carol Bainbridge, an administrative assistant in the classification unit at the plaintiff's correctional facility. Ms. Bainbridge reports that the plaintiff is not eligible for parole until he has served time in a New Hampshire DOC-operated halfway house. Currently, the plaintiff is serving his time in a minimum security facility, and will be reviewed for halfway house placement in April 2007. If approved at that time, the plaintiff will be moved to a halfway house a few months later. Only

then will the plaintiff be considered by the parole authorities for release on parole. Ms. Bainbridge recommended that I check back with her near the end of May 2007 for an update on plaintiff's classification status, and I have made a note to do so.

Defendants' counsel welcomes the opportunity to communicate on the court's behalf with the New Hampshire Department of Correction or with any other entity, and awaits further instruction from the court.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. 10835
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Email: terrence.oneill@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 31st day of January, 2007, first class postage prepaid to:

Robert Reid, No. 18258
Northern Correctional Facility
138 East Milan Road
Berlin, NH 03570

Terrence M. O'Neill
Assistant Attorney General



New Hampshire
Department of Correcti

Public | Business | Government | Search T

- Home
- About Us
- News
- Divisions/Units
- State Prisons
- Inmate Locator
- Doing Business
- Career Opportunities
- Victim Services
- FAQs
- Contact Us
- Site Map

## Offender Locator

| Full Name | Birth Year | Book Number | Booked Date | Current Parole Date | Maxed Date | Crime Category |
|---|---|---|---|---|---|---|
| PARTLOW, CHRISTOPHER REID | 1983 | 39920 | 11/10/2006 | NOT CALCULATED | 2/12/2010 | SEXUAL |
| PEVNA, MICHELLE FREIDA | 1963 | 39930 | 11/14/2006 | 9/23/2008 | 9/23/2010 | TRAFFIC |
| REID, ROBERT A | 1962 | 18258 | 6/1/1990 | 2/16/2002 | 8/24/2019 | ASSAULT |

Return to search page

\* - CRIME CATEGORY:

(BLANK SPACE) = Usually an inmate from another jurisdiction
DAMAGE P = Damaging Property/Vandalism
FRAUD AC = Fraudulent Activity (This could be for anyone convicted of insufficient bank funds, defra another, forgery or related crimes)
LARCENY = Theft by unauthorized taking and is defined by RSA 637-3
OBSCENIT = Receiving/Possession/Distribution of Obscene Material
OBSTRUCT = Obstructing Justice
SEXUAL = Sexual Assault
SEX OFF = Sex Offense
STOLEN P = Receiving Stolen Property
STOLEN V = Stolen Vehicle

\*\* - HOUSING CODES:

AHC - Administrative Home confinement (Electronic Monitoring)
CCC - Community Corrections
CMP - Interstate Compact (Inmates from other jurisdictions)
CONC - Inmates Serving Concurent sentence with other jurisdiction
CRT - Out to Court
ESCP - On Escape Status
HOC - Inmate Held in a NH County Jail

HOSP - Inmate in Hospital
LRF - Lakes Region Facility, Laconia
NCF - Northern NH Correctional Faci Berlin, NH
NHPW - NH Prison for Women, Goffs NH
NHSP - NH State Prison for Men, Co NH
SPU - Secure Psychiatric Unit, Conc
XTPO - Non-NH inmates temporarily

\*\*\* - MAXED DATE:

12/31/3000 - Life without parole
12/31/2999 - Up to a maximum of life

If you have any questions, comments, or suggestions about the website please click he

If you find any technical problems with this website please click here