UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT REID

    v.                        CIVIL NO: 3:03V208 (JCH) (HBF)

JOHN J. ARMSTRONG, E T AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10 and at the Court's request, <u>James J. Nugent, Esquire  of Nugent & Bryant, 236 Boston Post Road, Orange, Connecticut 06477, Tel: (203) 795-1113</u> is appointed as counsel for the plaintiff, <u>Robert Reid</u>, in the above-captioned case.  Counsel is directed to file a<u>n</u> appearance in this case as soon as possible.

Dated at Bridgeport, Connecticut this 7th day of June, 2007.

                                          KEVIN F. ROWE, Clerk
                                          By

                                          <u>/s/ Cynthia Earle</u>

                                          Cynthia Earle,
                                          Staff Attorney