# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT REID** | : | CIVIL ACTION NO. |
| | : | 3 : 03:CV208(JCH)  (HBF) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| V. | : | |
| | : | |
| **JOHN ARMSTRONG, ET AL.** | : | |
| | : | |
| Defendants. | : | June 19, 2007 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Jim Nugent as counsel for the plaintiff in the above matter.

        By_____/s/_____
          Jim Nugent
          Fed. Bar No. CT05792
          Nugent & Bryant
          236 Boston Post Road
          Orange, CT 06477
          (203)795-1111
          Email:Jim@NugentLawyers.com

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Assistant Attorney General
110 Sherman Street
Hartford, CT 06105


6/19/2007                                                                         /s/
Date                                                                            Jim Nugent