**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT A. REID | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:03-CV-00208(JCH) |
| | : | |
| JOHN J. ARMSTRONG, ET AL | : | JUNE 25, 2007 |
| Defendants, | : | |

**ORDER OF TRANSFER**

The Honorable Janet C. Hall hereby transfers the above-identified case to the

docket of **THE HONORABLE WARREN W. EGINTON** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in

Bridgeport, and bear docket number **3:03-cv-00208(WWE)**.  Pleadings or documents

related to this action and filed in any other seat of Court will be refused at the Clerk's

Office and returned to you unfiled.  [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of June, 2007.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge