UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID, | : | 03cv208 (WWE) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, | : | |
| Defendant. | : | |

ORDER

The Court hereby instructs defendant to file a motion for summary judgment on the remaining claims in this case by September 10, 2007.

_____/s/_____

WARREN W. EGINTON, SENIOR U.S.D.J.

Dated this 24th day of July 2007.