UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : PRISONER | CIVIL ACTION NO. 3:03CV208 (WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *Defendant* | : | SEPTEMBER 7, 2007 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

The defendants move for an enlargement of time of 21 days, to and including September 28, 2007, in which to file a motion for summary judgment. In support of this motion, the undersigned represents that he requires additional time to file his motion given commitments in other litigation matters, particularly post-trial briefs in a superior court matter that counsel tried in the spring and summer.

The undersigned attempted to contact plaintiff's counsel, Jim Nugent, but was unable to reach him or ascertain his position on the motion. This is defendants' first motion for enlargement since the court ordered the defendants to file a summary judgment motion on July 24, 2007.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    /s/ Terrence M. O'Neill
        Terrence M. O'Neill
        Assistant Attorney General
        Federal Bar No. 10835
        110 Sherman Street
        Hartford, CT  06105
        Tel: (860) 808-5450
        Fax: (860) 808-5591
        Email:terrence.oneill@po.state.ct.us

## **CERTIFICATION**

I hereby certify that on September 7, 2007, a copy of the foregoing Defendant's Motion for Enlargement of Time was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**James J. Nugent**
Nugent & Bryant
236 Boston Post Rd.
Orange, CT 06477-3207

                                                      /s/ Terrence M. O'Neill
                                                      Terrence M. O'Neill
                                                      Assistant Attorney General