UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | CIVIL ACTION NO. 3:03CV208 (WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
| *Defendants* | : | NOVEMBER 19, 2007 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendants move for summary judgment as to the remaining claim in this matter. In support of this motion, the defendants assert that there are no undisputed material facts and that they are entitled to judgment as a matter of law.

Filed herewith are a memorandum of law, with attached exhibits, and a Statement of Undisputed Material Facts as required by Local Rule 56.

DEFENDANTS:

JOHN ARMSTRONG, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   ___/s/ Terrence M. O'Neill_____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
Email:terrence.oneill@po.state.ct.us

# CERTIFICATION

I hereby certify that on November 19, 2007, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
Email:terrence.oneill@po.state.ct.us