# The State of New Hampshire

__MERRIMACK__ County     Superior Court     __89-S-695-F__

## RETURN FROM SUPERIOR COURT

Name __ROBERT REID__                                            DOB __4-21-62__

☒ Indictment    ☐ Waiver    ☐ Information    ☐ Complaint
(COPY ANNEXED HERETO)

Offense __SECOND DEGREE ASSAULT__                              Date __8-26-89__

Disposition:    ☒ Guilty By    ☐ Plea    ☒ Jury    ☐ Court    ☐ Nol Pros

Sentence:  The defendant is sentenced to the New Hampshire State Prison for not more than thirty (30) years, nor less than ten (10) years. Pretrial confinement credit two hundred seventy-four (274) days.

☒ Disciplinary period pursuant to RSA 651:2, II-e

__6-1-90__     __ROBERT E. K. MORRILL__
Date                   Presiding Justice

*JUN 5 1990 RECEIVED*

_Marshall A. Buttrick_
Clerk

## MITTIMUS

In accordance with this sentence, the Sheriff is ordered to deliver the defendant to:
☒ NH State Prison    ☐ County House of Correction
Said institution is required to receive the Defendant and detain him/her until the Term of Confinement has expired or s/he is otherwise discharged by due course of law.

__6-1-90__                                     Attest: _Marshall A. Buttrick_
Date                                                                    Clerk

## SHERIFF'S RETURN

I delivered the defendant to ☒ NH State Prison    ☐ County House of Correction and gave a copy of this order to the ☒ Warden    ☐ Superintendant.

__6-4-90__
Date                                                               Sheriff

cc: ☐ State Police OR:           ☐ Dept. of Corrections
    ☐ Division Motor Vehicle    ☐ District Court
    ☐ Prosecuting Attorney      ☐ Defendant
    ☐ Defense Counsel           ☐ Sheriff

YORK, ss.

STATE OF MAINE

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-88-581

STATE OF MAINE
v.

Robert Reid
Defendant

DOB: 04-21-62            SS No. _____

REVOCATION OF:
☒ PROBATION
☐ INTENSIVE SUPERVISION PROGRAM

On the 28th day of January, 1995, the defendant appeared in person (and by counsel) to answer the charge that the defendant had violated one or more of the conditions of probation (conditions of intensive supervision) attached to the judgment of this court in this case whereby he/she was convicted of the offense(s) of Agg. Assault and Criminal Mischief _____ and sentenced to 3 years (Ct.1) 9 mos. (Ct 2 concurrent) all but 9 mos ct 1 suspended, 2 years probation;

A hearing having been held,

It is adjudged that the defendant has violated one or more of the (conditions of probation) (conditions of intensive supervision) attached to said judgment, and it is ORDERED that the order of (probation) (intensive supervision) contained in the judgment of this court in this case, is hereby;

☐ revoked and the court orders that the defendant serve _____ of the unserved portion of this sentence so imposed and that the probationary period continue in effect as provided by law and that this order be attached to and made a part of said judgment.

☒ revoked and the court imposes the sentence of imprisonment that was suspended when probation was granted, namely _____ 2 years only 3 months;

and that defendant's probation is terminated and that said judgment and sentence be executed and this order be attached to and made a part of said judgment.

☐ Defendant shall serve the initial portion of the foregoing sentence at (Department of Corrections) (County Jail).

☐ revoked and the court orders that the defendant serve the balance of the portion of the sentence of imprisonment which was to be served with intensive supervision, namely _____

and that this order be attached to and made a part of said judgment. Defendant shall serve the initial portion of the foregoing sentence at the Department of Corrections.

Dated: 1-26-95

_____
Justice, Superior Court

A TRUE COPY
ATTEST: Dianne Hill
Clerk, Superior Court

I UNDERSTAND THE ABOVE REVOCATION ORDER AND ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER.

Dated: 1/26/95           Robert Reid
                         Defendant

CR-38, Rev. 12/91

```
         g                                                        STATUS: SENT
     ing Date: 06/01/1998   Time: 13:12:35
Name: REID, ROBERT A        Maiden:
ddr:  31 PEARL ST                                        US CITZ: Y
      PORTSMOUTH, NH  03801                              SS #  ███████
hone:                       License:
----------------------------- DETAINEE DESCRIPTION ----------------------------
ge: 35      DoB: 04/21/1962   BirthPlace: PORTSMOUTH NH
rime Lang:          Build: HVY   Complexion: DRK
ex: M   Race: B   Ht: 6 -   Wt: 260   Hair: BLK   Eyes: BRO
eligion: PRO   Ethnicity:      Education:  12   Marital Stat: S
HJ #: 511896V5         BCI #: 195899J
------------------------------- *** CHARGES SUMMARY *** -----------------------
W:    Warrants: Y  Prev Incar: N  TOT SENT:     2  No. Consecutive:       0
ourt/Docket  STS    MIN SENT              MAX SENT        OFFENSE
                YR   MO   DY         YR    MO    DY    CURR MIN    CURR MAX
17 89-S-695-F  B    10    0   37     30     0     0    AGGRAV ASSLT - NONFAMIL
   SUSPENDED         0    0    0      0     0     0    02/01/2001 08/24/2019

OS 86-881      B     2    3    0      2     3     0    PROB VIOLATION
   SUSPENDED         0    0    0      0     0     0



   SUSPENDED



   SUSPENDED



   SUSPENDED
```

---------------------------- CLASSIFICATION INFORMATION ----------------------
USTODY: C5   QUAY: 1  KEEP-AWAY:   PREC: N  WORK: SMX   C LOC: NHSPSHTD13

CLASSIFICATION SCORE SHEET         LAST BOARD DATE: 6/19/

TYPE OF BOARD:                CCP FACTOR        DATE: 9/18/97
___ ADM REV  ___ CLEMENCY      S    SC
XXXX RECLASS ___ RECORD ONLY   P  4  ___   PUBLIC RISK: _____
___ OTHER_____
                               I  5  ___   INSTITUTIONAL ADJUSTMENT: Pending Assa
PRESENT STATUS:                                     Disc.. 6/10/97 39b  5/26/97  39b
                                                    Single Movement Assaultive Hx.
C-SCORE: C-5                      1
                               M  ___ ___   MEDICAL NEEDS: _____
D'S WORKED OFF:   Y / (N)
                               MH 1  ___   MENTAL HEALTH NEEDS: Please Assess
CRT REC ADDRESSED: Y / (N)
                               E  1  ___   EDUCATIONAL NEEDS: _____
INMATE PRESENT:  (Y) / N
                               V  4  ___   VOCATIONAL NEEDS: _____

                               T 503A ___  PROGRAM NEEDS: Rec-Self-Help

                               W  3  ___   WORK NEEDS: _____

Report by: BUSH                                    : DENISE GAGNON

```
               NH DOC INMATE SUMMARY REPORT              02/20/1998  13:48:41

ooking Number:   18258         ID:    1710       JURISDICTION: NEW HAMPSHIRE
ooking Date:   06/01/1990      Time: 13:13:32                STATUS: SENT

ame: REID, ROBERT A          Maiden:
ddr: 31 PEARL ST                                          US CITZ: Y
     PORTSMOUTH,  NH   03801                              SS #
hone:                                  License:
------------------------------- DETAINEE DESCRIPTION ---------------------------
ge: 35     DoB: 04/21/1962   BirthPlace: PORTSMOUTH      NH
rime Lang:              Build: HVY    Complexion: DRK
ex: M    Race: B     Ht: 6 -    Wt: 260     Hair: BLK    Eyes: BRO
eligion: PRO    Ethnicity:         Education:   12   Marital Stat: S
BI #: 511896V5         BCI #: 195899J
---------------------------- *** CHARGES SUMMARY *** ---------------------------
W:    Warrants: Y  Prev Incar: N  TOT SENT:      2 No. Consecutive:       0
ourt/Docket   STS    MIN SENT              MAX SENT      OFFENSE
                  YR   MO   DY       YR   MO   DY   CURR MIN   CURR MAX
17 89-S-695-F   B  10    0   37       30    0    0  AGGRAV ASSLT - NONFAMILY
      SUSPENDED    0    0    0        0    0    0  01/17/2002 08/24/2019

OS 88-881       B   2    3    0        2    3    0  PROB VIOLATION
      SUSPENDED    0    0    0        0    0    0


      SUSPENDED


      SUSPENDED
----------------------------CLASSIFICATION INFORMATION-------------------------
JSTODY: C5    QUAY: 1 KEEP-AWAY:    PREC: N WORK: SMX    C LOC: NHSPSHTI08    B
-------------------------------SCARS/MARKS------------------------------------
 PROTRUDING HEAD, NON   BUMP ON LT SIDE OF SCALP



JD OF SCARS and MARKS
-------------------------------- ALIASES -------------------------------------
                              SSN:                    DOB:
                              SSN:                    DOB:
                              SSN:                    DOB:
JD OF ALIASES
----------------- GUARDIAN & EMERGENCY NOTIFICATION INFORMATION ---------------
ergency Notification Name:         Guardian Name :


l:              Work:              Tel:              Work:
lation:                            Relation:

------------------------ EMPLOYMENT INFORMATION -------------------------------
ployer:    Phone:
dress:                                         Occupation: CARPENTER

Report by: DMH                                      : DMG
```