RECEIVED: August 30, 1989

10/23/90-MAJOR Disc. report for (1)Possession of property belonging to another person***AND session of gambling paraphernalia or gambling records such as score sheets or lists***AND (3)Use of provoking words or gestures which might result in violen AND (4)Being out of place***...PG...15 days punitive seg. time served for 7 da 8 days susp. 60 days D-free; 20 days loss of Good Time. (Four reports combined one.)

12-19-90- U.S.T. C4

1-8-91- Admin Review

01/09/91-Classification Board - Admin. Review. Special Housing Unit.

January 16, 1991 - Classification Board - Administrative Review, Special Housing Unit

01/23/91-Classification Board - C-4, Close Custody, Unit Service Team - A.

1-24-91- U.S.T. C4

12/31/90-Disc. report for Altering***any part of the electrical system***or other institutic utilities***....PG....15 hrs. extra duty.

01/08/91-Disc. report for (1)Touching a staff member without his permission***AND (2)Threate any person with harm***...(1)PNG/FG; (2)PNG/FNG...Reduced from a Major to a Minor report; 5 days P.S. susp. 45 days D-free.

04/01/91-MAJOR Disc. report for Having an illicit substance in the urine***...PG...15 days P suspended for 90 days "D" free.

5-2-91- Punx Seg, 7 days

04/29/91-*MAJOR* Disc. report for (1)Possession of escape implements***AND (2)Possession of a weapon* (3)Possession of anything not issued by appropriate authority***...PG...7 days P.S. be served; 8 days suspended for 30 days and 20 days loss of Good Time.

5-9-91- Admin Review

5-9-91- U.S.T. C4

06/25/91-Disc. report for (1)Being in an unauth. area***AND (2)Failing to obey***...PNG/FG c counts...15 hrs. extra duty.

July 23, 1991 - Classification Board - C-4, Close Custody, No Change

September 23, 1991 - Disc. report for failing to stand for count...PNG/FG... 3 day P/S s 30 days "D" report free.

REID, ROBERT A. NHSP #18258 F.B.I. #511 896 VS

RECEIVED: August 30, 1989

10/09/91-Disc. report for Use of abusive, profane or obscene language***...PG...Reduced to a minor; 5 days punitive susp. for 30 days.

11/12/91-Disc. report for (1)~~Failing to obey***~~AND (2)Smoking***...PG...loss of 15 days pr[illegible] susp. for 30 days write-up free.

11/27/91-Disc. report for (1)Use of abusive, profane or obscene language***AND (2)Insubordin[illegible] **...PG...15 hrs. unit service time to start now.

11/21/91-MAJOR Disc. report for (1)Use of abusive, profane or obscene language***AND (2)Fa[illegible] to stand for count***AND (3)~~Failing to~~ obey***...PG...7 days P.S. susp. 90 days providing no further incidents regarding count. 25 days loss of Good Time.

12/04/91-MAJOR Disc. report for (1)Use of provoking words***AND (2)Interfering with or preventing any staff member from carrying out his orders***AND (3)Conduct which disrupts ...PG...15 days punitive susp. 30 days.

January 28, 1992 - Classification Board - C-4, Close Custody, No Change,

3-13-92- Good Serv. Training Prog. C4

3-24-92- Ind. Arts. C4

March 16, 1992 - Disc. report forpossession of anything not issued...PG...10 hours extra du[illegible] verbil reprimand.

March 16 1992-Disc Report- (1) Being out of place (2) ~~FAiling to obey~~- PNG-FG- 15 hrs ex[illegible] duty.

March 31, 1992-Disc. report for 1) ~~Failing to obey~~ any written rule... 2) Conduct which disrupts...PG...10 hrs. extra duty.

4-7-92- Admin. Review

4-9-92 - Admin Review

April 7, 1992-MAJOR Disc. report for 1) Being under the influence of alcohol, drugs or any intoxicant not prescribed for the individual by the medical staff... 2) Having an illicit substance in the blood, breath or urine. PG...15 days P/S susp. 90 days; 50 days loss of Good Time.

April 23, 1992 - Classification Board - Administrative Review, Special Housing Unit

April 28, 1992 - Classification Board - Administrative Review, Special Housing Unit

April 19, 1992-MAJOR Disc. for 1) Fighting... 2) ~~Failing to obey~~ any written rule... PG...15 days P/S susp. for 90 days.

May 6, 1992 - Classification Board - Administrative Review, Special Housing Unit

5-20-92 - C.S.T. C4

August 30, 1992 - Classification Board - C-5, Massachusetts, Massachusetts Work

8-30-92 - Trans Mass

10-14-92 Ret NNSP

10-20-92 Trans Mass

RECEIVED: AUGUST, 30, 1989

12-11-92 - Ret NHSP

12-18-92 - Trans. Mass.

'ebruary 8, 1993 - Classification Board - C-3, MCI Shirley Massachusetts, Mass. Work, CPC requ for reduced custody. Approved 6/15/90.

4-27-93 - Ret NHSP

pril 28, 1993 - Classification Board - C-4, Close Custody, Unit Service Team-A

5-12-93 - UST. C4

6-15-93 Student, C4

6-17-93 Rev Seg. 15 days

June 12, 1993-~~MAJOR~~ MINOR DISC. report for 6B-Threatening any person with harm, 13B-Use of provoki words or gestures...43B-Conduct which disrupts...PNG/FG....15 Days P/S.

7-1-93 Admin Review

7-2-93 Student, C4

May 22, 1993-Disc. report for 6B-Threatening any person with harm, 43B- Conduct which disru PNG/FG...5 Days P/S susp. for 90 Days D-Free, 25 DAys loss of privileges.

May 25, 1993-Disc. report for 14B-Insubordination... FG/FG... 5 Days P/S susp. for 90 Days

'uly 13, 1993 - Classification Board - C-3, C-3 unit, Student-B

8-1-93 - Admin Review

July 27, 1993-Disc. report for 37C-Being in an unauthorized area...PG/FG...10 days loss of a privileges.

August 4, 1993- Classification Baord- Administrative Review; Special Housing Unit.

August 11, 1993- Classification Baord- Admistrative Review, Special Housing Unit.

8-19-93 Student, C4

ugust 1, 1993- Disc. Report for 7B, Fighting, Sparring, Wrestling etc......FG/FG.......5 days susp. for 90 days with no D-reports, 25 days loss of good time, 25 days loss of privileges, a restitution for any medical bills incured because of this incident.

August18, 1993-Classification Board- C-4, Close Custody, Student-A.

9-16-93 - Admin Review

September 9, 1993-Disc. report for 31B-Failing to stand for count...PG/FG...15 Days loss of privileges, 10 hrs extra duty.

September 16, 1993-Disc. report for 51C-Poss. of state property in amounts in excess of aut allowances.

September 22, 1993 - Classification Board - Administrative Review, Special HOusing Unit

9-30-93 Student, C3

RECEIVED: AUGUST 30, 1989 JURISDICTION: NH

September 29, 1993-Classification Board- C-3; C-3 Placement, Student-A.

October 28, 1993-Disc. report for 14B-Insubordination...PNG/FG... 14 Days loss of canteen

~~October 30, 1993-Disc. report~~ for 39B-Failing to obey...PNG/FG.... 25 Hrs. extra duty, 25 loss of weight room priv. susp. for 90 days.

12-22-93 Culinary Arts, C3

January 20,1994- Classification Board- C-3;C-3 Placement, No change.

February 25, 1994-Disc. report for 39B-Failing to obey...PNG/FG.... 15 Hrs. extra duty.

3-11-94 - Kitchen (B) C3

3-23-94 - Reduced pay status (As of 3/21/94)

3-30-94 - Ind. Arts Pro., C3

March 21, 1994-Disc. report for 14B-Insubordination...PG/FG... 25 Hrs. extra duty, 15 days l of good time susp. for 30 days D-Free. , RPS by kitchen.

October 6, 199 4 - Classification Board - C-3, Medium North, No Change.

1-23-95 - Court

1-27-95 - Ret NHSP

3-28-95 - Pun. Seg. 5 days

4-1-95 - Admin Review

4-4-95 - Laundry, C3

3/12/95Disc. report for 14b (insub), 19b (interfering)...PNG/FG...5 days punitive seg.imposed; 25 days loss of good time; 25 days loss ofprivileges

3/20/95-Disc. report for 39b (failing to obey)...PNG/FG...restitution for $20.00 fee

~~6/9/95~~-MAJOR DISC.Report for 30A....10 Days P/S susp. for 90 days, 50 days loss of good time.

6/9/95-MAJOR DISC. REPORT FOR 3A (striking)....PNG/FG...15 Days P/S imposed, 100 days Loss of good time 100 days loss of recreation and canteen privileges.

6/10/95-Disc. report for 6B (threatening)...14B (insubord.).... 5 Days P/S.

~~7/14/95~~-Disc. report for 39B....PNG/FG...25 Days loss of smoking priv, 5 days P/S susp. for 90 days. (failing to obey)

4/17/96-Disc. report for 7B...PNG/FG... 25 days loss of dayroom, 5 days P/S susp. for 30 days. (fighting)

5/22/96-Disc. report for 39B...25 Days loss of dayroom.

6/25/96-Disc. report for 44B (possessing items not directed)...10 Days loss of dayroom susp. for 90 days.

7/7/96-MAJOR DISC. report for 3A (striking)...15 days punitive seg. imposed; 100 days loss of good time 100 days loss of privileges; medical restitution

8/24/96-Disc. report for 43B (conduct which disrupts)....PNG/ FG...25 days loss of canteen.

10/10/96-Disc. Report for 31B (failing to stand for count)...15 Days loss of priv.

~~10/15/95~~-Disc. Report for 39B...15 Days loss of canteen (failing to obey)

RECEIVED: AUGUST 30, 1989 JURISDICTION : NEW HAMPSHIRE

10/30/96-MAJOR DISC. Report for 3A....15 Days P/S 5 days susp. 10 days imposed, 75 days loss of good time, 75 days loss of recreation and canteen.

11/6/96-Disc. report for39B...PNG/FG...20 days loss of dayroom, 20 days loss of good time.
11/7/96-Disc. report for 31B...PNG/FG...20 Days loss of dayroom, 20 days loss of good time.

11/7/96-Disc. report for 56B...PNG/FG...20 days lossof dayroom

12/19/96-Disc. report for 6B...PNG/FG...5 Days P/S, 25 days loss of good time, 25 days loss of canteen.

1/17/97-Disc. report for 19B...5 Days P/S susp. for 90 days.

1/17/97-Disc. report for 39B...25 days loss of dayrooms.

3/21/97-Disc. report for 39B...Refused to appear;Imposed 5 Days P/S from plea aggreement dated 17, Jan. 1997, 5 days P/S imposed, 25 days loss of canteen, 25 days loss of dayroom and phone, 25 days loss of good time

4/18/97-Disc. report for 14B...6B...PNG/FG-14B, FNG-6B...3 days P/S, 20 days loss of dayroom.

5/26/97-Disc. report for 39B...PNG/FG...25 Days loss of dayroom, 25 days loss of canteen, 25 days loss of radio.

6/10/97-Disc. report for 39B...PNG/FG.. 25 Days loss of dayroom, 25 days loss of all electron

9/2/97--Disc. report for 39B...14B...43B...PNG/FG-39B, FNG-43B..10 days loss of canteen, 10 loss of dayroom. /14B - BAD SPOT

9/10/97-MAJOR DISC. Report for 2A...3A...54B...PNG/FG...35 Days P/S, 150 days loss of good time, medical bills, 150 days loss of canteen, property damage , 150 days loss of recreation and phone.

9/12/97-DIsc. report for 39B...5 days P/S imposed.

10/10/97-DIsc. report for 39B...PNG/FG...25 days loss of dayroom, 5 days P/S imposed, 25 day loss of phone, 25 days loss of canteen.

10/12/97-Disc report for 39B...PNG/FG...5 Days P/S imposed,25 days loss of dayroom, 25 days los of phone, 25 days loss of canteen.

10/23/97-MAJOR DISC. Report for 48A...77A.....PNG/FG....20 Days P/S imposed 10 days 10 days for 180 days, 100 days loss of good time, 100 days loss of canteen, 100 days los sof dayroom phone.

10/28/97-Disc. report for 39B...PNG/FG...5 days P/S

11/4/97-DIsc. report for 50C...PNG/FG...10 days loss of dayroom.





Hearing



New Hampshire Department of Corrections

DISCIPLINARY REPORT

1. INFRACTION DATE: 10-23-97 TIME: Approx. [illegible] LOCATION: I-7

2. REPORTING STAFF (PRINT): CPl Williams

3. DETAILS OF EVENT (who, what, when, where, how, and why): Inmate Reid was being placed on a 24 hr Block from [illegible] when coming off J-Tier he had an envelope and a rolled up towel in his hands behind his back. I took the envelope from him when he stated "stop pulling up on the cuffs" at no time did I even touch the cuffs. I gave the envelope to Co Capriblume and took the towel and again he stated stop pulling up on the cuffs. he was then escorted to I-Tier and put in I-7. he put his hands through the food slot and I took out my key ring that contained

4. INMATES INVOLVED:

| | Last | First | M.I. | ID# | | # | Subj | Other* |
|---|---|---|---|---|---|---|---|---|
| NAME: | Reid | Robert | | 18258 | CELL | I-7 | ✓ | |
| NAME: | | | | | CELL | | | |
| NAME: | | | | | CELL | | | |
| NAME: | | | | | CELL | | | |

*V-Victim, W-Witness

5. STAFF INVOLVED:

NAME: Hardy SGT HOW INVOLVED* W

NAME: Capriblume CO HOW INVOLVED* W

NAME: Davies U.M HOW INVOLVED* W

NAME: ______ HOW INVOLVED* ______

*V-Victim, W-Witness

6. SUBJECT OFFENSE VIOLATION:
Inmate Manual Rule Number(s): 1 40A 2 77A 3 ___ 4 ___ 5 ___

7. EVIDENCE STATUS:
Secured: YES [] NO [] Where: Control [], Other ______

[signature]

SIGNATURE OF REPORTING STAFF

10-23-97

DATE WRITTEN

HEARINGS CASE NO. 97-10-403

A848

DOC 030/Rev 7-90

Reviewed by Sgt. Hardy 10/23/97

8. INVESTIGATION BY UNIT MANAGER / DESIGNEE:

A. SUBJECT'S STATEMENT: Inmate said - Not True I want to go to a [illegible] I did not put the keys in the toilet

Witness: S. Wyman

B. STATEMENTS FROM OTHER: Inmate Wyman officer was making monkey noises and twisting the cuffs - The officer was making monkey noises all day and asking inmate need is his neck hurts

Sgt Hardy I went into the cell with the officer to recover the keys. I saw the keys at the bottom of the toilet and recovered them

C. SUMMARY OF INVESTIGATION: Co [illegible] - Inmate said pulled the keys into the cell while c/o Williams was trying to [illegible] uncuff him I saw Inmate Reid uncuff him self and throw the cuffs under the door and drop the keys in the toilet

There is evidence and fact to warrant a major hearing

9. RECOMMENDATION OR ACTION:

[ ] Report to be filed without prejudice to inmate.

[ ] Report handled as an incident report.

[ ] Report as a Bad Spot Report. Signature of Inmate. ______________

[ ] Recommend this report be processed as a Minor Disciplinary.

[✓] Recommend this report be processed as a Major Disciplinary.

Date: 23 Oct 97 Signature of Unit Manager or Designee: Lt [signature]

10. [ ] Inmate wants to plead Guilty, This sentence is recommended.

I desire to plead guilty to the charges. I waive my right to a hearing and my right to appeal. I admit to the facts and circumstances as described above.

SIGNATURE OF INMATE: ______________ DATE: ______________

SIGNATURE OF STAFF MEMBER AUTHORIZED TO ACCEPT GUILTY PLEA:

SIGNATURE: ______________ TITLE: ______ DATE: ______

1. MAJOR'S / DESIGNEE ACTION:

A. [X] Recommended action approved.

B. [ ] Inmate plea of Guilty and Sentence recommended is approved

C. [ ] The following action will be taken: ____________________

Signature of Major/Designee: [signature] Date: 10/27/97

2. INVESTIGATOR'S ACTION IF SCHEDULED FOR A HEARING:

[ ] Received from MAJOR: Date: ____________

[ ] Additional investigation required:
[ ] yes [ ] no [ ] report attached

[ ] Scheduled for a hearing [ ] MAJOR [ ] MINOR DATE: __________

[ ] Board held on: Date: ____________

HEARINGS OFFICER: ____________________

DATE: __________ Signature of Investigator: ____________________

3. Continuous space - Key to paragraph number.

My cuff key and personal keys. I put the key in the hole and attempted to turn the key to uncuff when he suddenly yanked his hands away from me, pulling the keys in the cell with him. I quickly tried to get the door open before he was able to uncuff him self. But he did it before the door was opened. He took the cuffs and threw them through the food slot and proceeded to hold my keys over the toilet and drop them in. He then proceeded to flush the toilet twice. [illegible] Davies told Reid to cuff up and he complied. Myself and C/O Capoblione went in the cell. I grabbed Reid and placed him face first on his bed. SGT Hardy came in the cell and reached in the toilet and pulled them out. Keys

HEARING RESULTS

[X] MAJOR [ ] MINOR

14. Inmate's full name and ID#: Reid Robert 18258

15. VIOLATION(S) ALLEGED: (INCLUDE CHARGE NUMBER AND BRIEF DESCRIPTION)

77A Resisting detention
48A possession of any part of an Officers uniform

16. INMATE PLEAS:

| | | | | |
|---|---|---|---|---|
| CHARGE #1 | [ ] | GUILTY | [X] | NOT GUILTY |
| CHARGE #2 | [ ] | GUILTY | [X] | NOT GUILTY |
| CHARGE #3 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #4 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #5 | [ ] | GUILTY | [ ] | NOT GUILTY |

17. LIST WITNESSES HEARD: Indicate whether for defense or state and brief summary of testimony: Inmate Reid said while being escorted off J Tier Officer Williams was pulling on the cuffs and making monkey sounds. Inmate Wyman stated he heard the monkey sounds. For the State - Testimony taken from Officer Williams and Officer Caprighone saying no one pulled on Reids cuffs and neither heard any monkey sounds.

18. WITNESSES NOT HEARD AND REASON: Statement taken from Inmate Wyman

19. SUMMARY OF OTHER EVIDENCE CONSIDERED: Testimony from Sgt. Hardy, and U.M. Davies

20. FINDINGS:

| | | | | |
|---|---|---|---|---|
| CHARGE #1 | [X] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #2 | [X] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #3 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #4 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #5 | [ ] | GUILTY | [ ] | NOT GUILTY |

21. EVIDENCE RELIED ON FOR GUILTY FINDINGS: written report, Testimony from Officer Williams, Officer Caprighone, Sgt. Hardy and UM. Davies

22. SENTENCE: FG 20 P/S imposed 10 P/s susp 180
100 days loss Good Time
100 days loss Contact
100 days loss of dayroom + phone

NOTE: If loss of accrued Good Time is assessed, briefly state reason:

resisting detention

SUBJECT HAS BEEN INFORMED THAT IF HE/SHE CHOOSE TO APPEAL, THEY MUST DO SO WITHIN FIFTEEN (15) WORKING DAYS, AND THAT APPEALS MUST BE IN WRITING VIA A REQUEST SLIP, ADDRESSED TO THE ADMINISTRATOR OF SECURITY FOR MINOR HEARINGS, OR THE WARDEN FOR MAJOR HEARINGS.

23. DATE: 11-5-97 SIGNATURE OF HEARINGS OFFICER Lt. Guimond

24. [X] Approved: DATE: 11/6/97 [ ] OTHER ACTION:

SIGNATURE OF MAJOR/DESIGNEE: Major Guimond



New Hampshire Department of Corrections

DISCIPLINARY REPORT

1. INFRACTION DATE: 6/9/95 TIME: Approx 0756 LOCATION: Y-K-15

2. REPORTING STAFF (PRINT): C.O. Chris Lewicki

3. DETAILS OF EVENT (who, what, when, where, how, and why):

On The Above Date And Time This Officer Ordered inmate Robert Reid To Furnish a urine sample. At This Time inmate Reid stated "Fuck you I'm not Taking one"

4. INMATES INVOLVED:

| | Last | First | M.I. | ID# | | # | Subj | Other |
|---|---|---|---|---|---|---|---|---|
| NAME: | REID | ROBERT | A | 18258 | CELL | YK15 | ✓ | |
| NAME: | | | | | CELL | | | |
| NAME: | | | | | CELL | | | |
| NAME: | | | | | CELL | | | |

*V-Victim, W-Witness

5. STAFF INVOLVED:

| | |
|---|---|
| NAME: CPl. F. CASSIDY | HOW INVOLVED* Witness |
| NAME: | HOW INVOLVED* |
| NAME: | HOW INVOLVED* |
| NAME: | HOW INVOLVED* |

*V-Victim, W-Witness

6. SUBJECT OFFENSE VIOLATION:
Inmate Manual Rule Number(s): 1 30A 2____ 3____ 4____ 5____

7. EVIDENCE STATUS:
Secured: YES [] NO [X] Where: Control [], Other______

C.O. Chris Lewicki
SIGNATURE OF REPORTING STAFF

6/9/95
DATE WRITTEN

HEARINGS CASE NO. 95-313

#844

AS48

DOC 030/Rev 7-90

8. INVESTIGATION BY UNIT MANAGER / DESIGNEE:

A. SUBJECT'S STATEMENT: I did refuse to pick up the bowl he then [illegible] grabbed my arm or [illegible] I stepped back he then tackled me. As far as I'm concerned I was defending myself.

B. STATEMENTS FROM OTHER: This report true as written. I spoke with all the officers involved on 6/9/95 they concur. Lt. D. Tom[illegible]

C. SUMMARY OF INVESTIGATION: Inmate Pleads not Guilty

9. RECOMMENDATION OR ACTION:

[ ] Report to be filed without prejudice to inmate.

[ ] Report handled as an incident report.

[ ] Report as a Bad Spot Report. Signature of Inmate. ________________

[ ] Recommend this report be processed as a Minor Disciplinary.

[X] Recommend this report be processed as a Major Disciplinary.

Date: 6/13/95 Signature of Unit Manager or Designee: Lt. D. Tom[illegible]

10. [ ] Inmate wants to plead Guilty, This sentence is recommended.

I desire to plead guilty to the charges. I waive my right to a hearing and my right to appeal. I admit to the facts and circumstances as described above.

SIGNATURE OF INMATE: ______________________ DATE: ____________
SIGNATURE OF STAFF MEMBER AUTHORIZED TO ACCEPT GUILTY PLEA:

SIGNATURE: ______________________ TITLE: ______ DATE: ________



Case#

1. MAJOR'S / DESIGNEE ACTION:

A. [X] Recommended action approved.

B. [ ] Inmate plea of Guilty and Sentence recommended is approved

C. [ ] The following action will be taken: ______________________

Signature of Major/Designee: *Major Guimond* Date: *6/14/95*

2. INVESTIGATOR'S ACTION IF SCHEDULED FOR A HEARING:

[ ] Received from MAJOR: Date: ____________

[ ] Additional investigation required:
[ ] yes [ ] no [ ] report attached

[ ] Scheduled for a hearing [ ] MAJOR [ ] MINOR DATE: ________

[ ] Board held on: Date: __________

HEARINGS OFFICER: ______________________

DATE: ________ Signature of Investigator: ______________________

3. Continuous space - Key to paragraph number.

*and relax. I/m Reid replied fuck you come and get me. He continued to swing the fork (weapon) at myself and Lt Bourgeois, while trying to block a swing with the weapon this officer was struck in the finger, punctured wounds resulting. I/m reid was then taken down to the floor to be handcuffed, I/m reid continued to fight and yell threats at all involved staff, he continued to resist during his escort to SHU.*

HEARING RESULTS

[X] MAJOR [ ] MINOR

14. Inmate's full name and ID#: Robert Reid # 218258

15. VIOLATION(S) ALLEGED: (INCLUDE CHARGE NUMBER AND BRIEF DESCRIPTION)

3 Assaulting a Staff Member

| 16. INMATE PLEAS: | | | | |
|---|---|---|---|---|
| CHARGE #1 | [ ] | GUILTY | [X] | NOT GUILTY |
| CHARGE #2 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #3 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #4 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #5 | [ ] | GUILTY | [ ] | NOT GUILTY |

17. LIST WITNESSES HEARD: Indicate whether for defense or state and brief summary of testimony: CO Hislop testified that as Reid was leaving the dining hall he refused to clear the table as ordered; tried to push past Hislop with a silverware in his hand; Pushed Hislop then backed up, bent his fork into a weapon and began swinging it at Hislop resulting in Hislop receiving puncture wounds to his finger; CO Lambro + Sgt. Welch confirmed this testimony. Reid testified that it was Hislop who attacked him and that CO Lambro Sgt. Welch + Lt. Bouzianis all took part in this attack.

18. WITNESSES NOT HEARD AND REASON:

19. SUMMARY OF OTHER EVIDENCE CONSIDERED:

| 20. FINDINGS: | | | | |
|---|---|---|---|---|
| CHARGE #1 | [X] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #2 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #3 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #4 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #5 | [ ] | GUILTY | [ ] | NOT GUILTY |

21. EVIDENCE RELIED ON FOR GUILTY FINDINGS: Testimony of CO Hislop, CO Lambro + Sgt. Welch that inmate Reid initiated this attack.

22. SENTENCE: 15 days Punitive Seg Imposed
100 days Loss of Good Time
100 days Loss of Recreation + Canteen Privileges.

NOTE: If loss of accrued Good Time is assessed, briefly state reason:

Seriousness of offense.

SUBJECT HAS BEEN INFORMED THAT IF HE/SHE CHOOSE TO APPEAL, THEY MUST DO SO WITHIN FIFTEEN (15) WORKING DAYS, AND THAT APPEALS MUST BE IN WRITING VIA A REQUEST SLIP, ADDRESSED TO THE ADMINISTRATOR OF SECURITY FOR MINOR HEARINGS, OR THE WARDEN FOR MAJOR HEARINGS.

23. DATE: 6/21/95 SIGNATURE OF HEARINGS OFFICER Lt. [signature]

24. [X] Approved: DATE: 6/23/95 [ ] OTHER ACTION:

SIGNATURE OF MAJOR/DESIGNEE: Major [signature]



F/6



New Hampshire Department of Corrections

DISCIPLINARY REPORT

1. INFRACTION DATE: 9-10-97 TIME: 10:30 LOCATION: SHU

2. REPORTING STAFF (PRINT): CPL AT Williams

3. DETAILS OF EVENT (who, what, when, where, how, and why):
At Approx 0925 Inmate Reid was taken to the law library by myself and co Patrick. upon arrival to the library Reid was agitated about the lighting and law library, lost not time there to sign, at Approx 0950 Reid was told that his time was up. He said his time was not up. At that point I told him to turn around to be cuffed, He refused. co Patrick in a hurry, put the cuffs on backwards. He was Escorted to D-13. Co Caprilione and cpl Dneil assisted. upon arrival to D-13. Reid was placed in the cell and told to put his hands through

4. INMATES INVOLVED:

| | Last | First | M.I. | ID# | | # | Subj | Other* |
|---|---|---|---|---|---|---|---|---|
| NAME: | Reid | Robert | | 18258 | CELL | D-13 | ✓ | |
| NAME: | | | | | CELL | | | |
| NAME: | | | | | CELL | | | |
| NAME: | | | | | CELL | | | |

*V-Victim, W-Witness

5. STAFF INVOLVED:

| | | | |
|---|---|---|---|
| NAME: | CPL DNeil | HOW INVOLVED* | W |
| NAME: | CO Caprilione | HOW INVOLVED* | W |
| NAME: | CO Patrick | HOW INVOLVED* | W |
| NAME: | | HOW INVOLVED* | |

*V-Victim, W-Witness

6. SUBJECT OFFENSE VIOLATION:
Inmate Manual Rule Number(s): 1 2P 2 3A 3 5U 4 ____ 5 ____

7. EVIDENCE STATUS:
Secured: YES [] NO [] Where: Control [], Other____________

[signature]
SIGNATURE OF REPORTING STAFF

9-10-97
DATE WRITTEN

HEARINGS CASE NO. 97-9-300

AS48

DOC 030/Rev 7-90

reviewed by Sgt. [illegible] 9/10/00 1145 hrs.

8. INVESTIGATION BY UNIT MANAGER / DESIGNEE:

A. SUBJECT'S STATEMENT: Not Guilty - I was not told serval time to get up. I was just getting up when they jumped me - I have problems with C/O [illegible] [illegible] - C/O Williams stated to me you won't be beating this ticket. witness: Conklin

B. STATEMENTS FROM OTHER:

C. SUMMARY OF INVESTIGATION: Recommend major hearing

9. RECOMMENDATION OR ACTION:

[ ] Report to be filed without prejudice to inmate.

[ ] Report handled as an incident report.

[ ] Report as a Bad Spot Report.Signature of Inmate.

[ ] Recommend this report be processed as a Minor Disciplinary.

[✓] Recommend this report be processed as a Major Disciplinary.

Date: 11 Sept 99 Signature of Unit Manager or Designee: [signature]

10. [ ] Inmate wants to plead Guilty,This sentence is recommended.

I desire to plead guilty to the charges. I waive my right to a hearing and my right to appeal. I admit to the facts and circumstances as described above.

SIGNATURE OF INMATE: ______ DATE: ______

SIGNATURE OF STAFF MEMBER AUTHORIZED TO ACCEPT GUILTY PLEA:

SIGNATURE: ______ TITLE: ______ DATE: ______

1. MAJOR'S / DESIGNEE ACTION:

A. [X] Recommended action approved.

B. [ ] Inmate plea of Guilty and Sentence recommended is approved

C. [ ] The following action will be taken: ______________________

Signature of Major/Designee: *Major [signature]* Date: 9/17/99

2. INVESTIGATOR'S ACTION IF SCHEDULED FOR A HEARING:

[ ] Received from MAJOR: Date: ______________

[ ] Additional investigation required:
[ ] yes [ ] no [ ] report attached

[ ] Scheduled for a hearing [ ] MAJOR [ ] MINOR DATE: __________

[ ] Board held on: Date: ____________

HEARINGS OFFICER: ______________________________

DATE: __________ Signature of Investigator: ________________ ______

13. Continuous space - Key to paragraph number.

*the Food slot, several times he was told before he Did comply. At that Point IT was noticed that the Hand cuffs were on Backwards. AT that point I made the decision that we would go in And uncuff him. He was told to lay down on the Floor And was Assisted. several times he was told to Remain on the Floor while being uncuffed once both cuffs were Removed he made A sudden aggressive move to stand up. We then attempted to restrain him and he began swinging and kicking, hitting MAC Daniel in the face and kicking ard in the groin. CO Capriccione was kicked in the upper Right thigh, and CO Patricks Glasses were Damaged. I Managed to cuff his left hand and attempted to cuff his Right hand But Bucking accross his face when I noticed that he was trying to bite me. he was brought under control and taken to I.T.R.*

HEARING RESULTS

[X] MAJOR [ ] MINOR

14. Inmate's full name and ID#: Reid, Robert 18258

15. VIOLATION(S) ALLEGED: (INCLUDE CHARGE NUMBER AND BRIEF DESCRIPTION)

2A Causing Bodily injury
3A Striking - any person
54B Damaging property belonging to another

16. INMATE PLEAS:

| | | | | |
|---|---|---|---|---|
| CHARGE #1 | [ ] | GUILTY | [X] | NOT GUILTY |
| CHARGE #2 | [ ] | GUILTY | [X] | NOT GUILTY |
| CHARGE #3 | [ ] | GUILTY | [X] | NOT GUILTY |
| CHARGE #4 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #5 | [ ] | GUILTY | [ ] | NOT GUILTY |

17. LIST WITNESSES HEARD: Indicate whether for defense or state and brief summary of testimony: Inmate Reid said he only got 45 mins in the Law Library not the hour staff said he got. Inmate Reid said he also had a problem with Cpl. Williams, Cpl O'Neill, and Officer Capriglione in the past. Inmate Grandmaison 26454 testified he could hear doors open & close and someone say "stick your hand though the slot." Inmate Trebian 24479 testified he saw Inmate Reid being carried by his

18. WITNESSES NOT HEARD AND REASON: cell on "I" tier. For State - Testimony taken from Cpl Williams Cpl O'Neill, Officer Patrick, Officer Wall. Testimony was Inmate refused to cuff up and to stay on floor while uncuffing.

19. SUMMARY OF OTHER EVIDENCE CONSIDERED: written statement taken from Officer Capriglione. Inmate Reid did not know what other inmate witnesses could say in his behalf.

20. FINDINGS:

| | | | | |
|---|---|---|---|---|
| CHARGE #1 | [X] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #2 | [X] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #3 | [X] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #4 | [ ] | GUILTY | [ ] | NOT GUILTY |
| CHARGE #5 | [ ] | GUILTY | [ ] | NOT GUILTY |

21. EVIDENCE RELIED ON FOR GUILTY FINDINGS: written reports - Testimony from Cpl Williams Cpl O'Neill, officer Patrick, Officer Wall.

22. SENTENCE: FG - 2A 15 P/S, 75 Loss good time, 75 loss canteen, 75 Rec + phone; 3A - 15 P/S, 75 loss good time, 75 loss canteen, 75 rec. + phone; 54B 5 P/S, medical Bills, property damage

NOTE: If loss of accrued Good Time is assessed, briefly state reason:

Assault on Staff

SUBJECT HAS BEEN INFORMED THAT IF HE/SHE CHOOSE TO APPEAL, THEY MUST DO SO WITHIN FIFTEEN (15) WORKING DAYS, AND THAT APPEALS MUST BE IN WRITING VIA A REQUEST SLIP, ADDRESSED TO THE ADMINISTRATOR OF SECURITY FOR MINOR HEARINGS, OR THE WARDEN FOR MAJOR HEARINGS.

23. DATE: 9-24-97 SIGNATURE OF HEARINGS OFFICER LT. Guimond

24. [X] Approved: DATE: 9/24/97 [ ] OTHER ACTION: ______

SIGNATURE OF MAJOR/DESIGNEE: Major Guimond