*Placement in Master file* *(handwritten)*

## CORRECTIONS COMPACT REFERRAL SUMMARY

Inmate Name: __Reid, Robert__     Number: __18258__   State: __NH__

Race: __Black__     DOB: __04/21/62__   Age: __35__

Type of Transfer:   __X__ Involuntary     ___ Voluntary

Reason For Transfer: __Per New Hampshire authorities, inmate "needs a fresh start" and is having "difficulty adjusting to current incarceration."__

Gang/Security Risk Group Affiliation: __None noted__

Offense/Sentence/Sentence Date (for each offense):
__Assault 2; 10-30 years; 06/01/90__

__Subject violated Maine probation by virtue of above conviction. Maine originally sentenced subject to a total effective sentence of 3 years, all but 9 months suspended, and 2 years probation. Subject's probation was revoked and he was ordered to serve the portion of his sentence which was previously suspended (i.e., 2 years and 3 months). The original offenses are Aggravated Assault and Criminal Mischief.__

Current Classification Level __C-5 (Maximum)__

Minimum Release Date __07/01/2001__

Parole Eligibility Date (if different than Min Rel) __Same as above__

Maximum Discharge Date __08/24/2019__     Other _____

Disciplinary History: (Attach disciplinary history. Indicate primary d.r. history) __Subject has an extensive disciplinary history which dates back to 1989. He has received numerous infractions for the following offenses: Failing to Obey Any Written Rule; Possession of Property Belonging to Another Person; Possession of Gambling Paraphernalia or Gambling Records; Use of Provoking Words or Gestures Which Might Result in Violence; Being Out of Place; Altering Any Part of the Electrical System or Other Institutional Utilities; Touching a Staff Member Without His Permission; Threatening Any Person With Harm; Having an Illicit Substance in the Urine or Blood; Possession of Escape Implements; Possession of a Weapon; Possession of Anything Not Issued by Appropriate Authority; Being in an Unauthorized Area; Failing to Stand for Count; Use of Abusive, Profane or Obscene Language; Smoking; Insubordination; Interfering with or Preventing Any Staff Member from Carrying Out his Orders; Conduct Which Disrupts; Being Under the Influence of Alcohol, Drugs, or Any Intoxicant not Prescribed for the Individual by the Medical Staff; Fighting; Possession of State Property in Amounts in Excess of Authorized Allowances; Causing Bodily Injury; Striking; Altering, Damaging or Destroying State Property; and Possession of Any Item of Officers' Uniform.__

Medical:    See Transfer/Discharge Summary form.

Information documenting TB test results completed within last year:
    __X__ Yes        _____ No

Mental Health:    See Transfer/Discharge Summary form and Mental Health Transfer Summary.

Escape History:    None noted by New Hampshire authorities, however, subject received a disciplinary report on 04/29/91 for Possession of Escape Implements.

Substance Abuse History:    New Hampshire authorities indicate "no information available."

Substance Abuse Treatment:    Per New Hampshire authorities, subject "has completed substance abuse course."

Legal Issues:    Maine has lodged a detainer against subject for Violation of Probation (see above).  He is also serving a concurrent Maine sentence.

Separation Issues:    None noted

Photograph Attached:    No.  Photograph requested 12/31/97.

Other Comments:    Subject has a history of assaulting staff and other inmates.

12/97
nh18258

INMATE: Reid, Robert        ID# 13258        DATE: 9/18/97

INSTITUTIONAL BEHAVIOR SINCE LAST BOARD:/D'S WORKED OFF: Single Movement Disc Hx. Assaultive Hx on inmates and staff. Recent Assault 9/97

PROGRAM INVOLVEMENT (DATES COMPLETED/COMMENTS): None completed since last bo
SOP PROGRAMS: ------------ EDUC/VOC: Dec        DOM VIOL/AM: Dec
SUBSTANCE ABUSE PROGRAMS: Dec        SELF HELP NA/AA: Dec
OTHER (MENTAL HEALTH, MEDICAL, ETC.): Please Reassess Mental Health Score

REDUCED CUSTODY BOARD (C-3 TO C-2; C-2 TO C-1), COMPLETE THE FOLLOWING QUESTIONS AND PROCEED TO BOARD RECOMMENDATIONS:

ANY PENDING LEGAL ISSUES OR AMENDMENTS?(DETAINERS/WARRANTS, INS ISSUES, CS SENTENCES ETC.) IF SO, PLEASE EXPLAIN: ____

PAROLE BOARD RECOMMENDATIONS (IF APPLICABLE): ____

DESCRIBE ESCAPE HISTORY (IF ANY), DATE(S), LOCATION(S), INCIDENT SUMMARY: ____

PUBLIC RISKS AND/OR CONCERNS? ___ IF SO, PLEASE IDENTIFY: ____

VICTIM/FAMILY NOTIFICATION: ____

LRF ELIG? ___ COMM APP? ___ JUDGES APP? ___ CPC? ___ ARMED ROAD CREW? ___

BOARD CHAIRPERSON: M. Davies    CO CHAIR: Lt. Hogan    CO CHAIR: CC/CM Nagy
RECOMMENDATION: C-SCORE: C-5    UNIT: SHU    JOB: SMX    PROGRAMS: ____
BOARD CHAIR RECOMMENDATION: C-5 3 month review
Mental Health - Please Reassess    DATE: 9-18-97    SIGNATURE: ____

CLASSIFICATION RECOMMENDATION: Approve C-5 and OOS transfer
                DATE: 9/22/97    SIGNATURE: ____

WARDEN'S/DESIGNEE:    APP ✓    DENIED ___    DATE: 9/23/97
COMMENTS: ____    SIGNATURE: Peter M.D.

COMMISSIONERS DECISION:    APP ✓    DENIED ___    DATE 9/23/97
COMMENTS: OOS    SIGNATURE: ____

FINAL DECISION: C-SCORE: C-5    UNIT: SHU    JOB: N/C    PROGRAMS: ____
REVIEW: 3 mos    AUTH DATE: 9/23/97    COMMENTS/REFERRALS: Dennis - please prepare OOS pkt. to feds.

```
ame: REID, ROBERT A     Maiden:                                    US CITZ: Y
ddr: 31 PEARL ST                                                   SS #:
     PORTSMOUTH, NH  03801
one:                                License:
------------------------------ DETAINEE DESCRIPTION ------------------------------
ge: 35    DoB: 04/21/1962  BirthPlace: PORTSMOUTH NH
rime Lang:         Build: HVY     Complexion: DRK
ex: M  Race: B    Ht: 6 -    Wt: 260   Hair: BLK    Eyes: BRO
eligion: PRO  Ethnicity:        Education:    12   Marital Stat: S
al #: 511836V5       BCI #: 195899J
------------------------------ *** CHARGES SUMMARY *** ------------------------------
W:    Warrants: Y  Prev Incar: N  TOT SENT:      2  No. Consecutive:          0
ourt/Docket   STS     MIN SENT              MAX SENT         OFFENSE
                   YR   MO   DY         YR   MO   DY    CURR MIN    CURR MAX
17 89-S-695-F  B   10   0    37         30   0    0   AGGRAV ASSLT - NONFAMILY
      SUSPENDED    0    0    0          0    0    0   02/01/2001  08/24/2019

JS 86-881    , B   2    3    0          2    3    0   PROB VIOLATION
      SUSPENDED    0    0    0          0    0    0



      SUSPENDED



      SUSPENDED



      SUSPENDED

------------------------------ CLASSIFICATION INFORMATION ------------------------------
USTODY: C5   QUAY: 1  KEEP-AWAY:    PREC: N  WORK: SMX    C LOC: NHSPSHTD13    B
```

CLASSIFICATION SCORE SHEET    LAST BOARD DATE: 6/19/97

TYPE OF BOARD:                  CCP FACTOR      DATE: 9/18/97
___ ADM REV  ___ CLEMENCY        S    SC
XXXX RECLASS ___ RECORD ONLY   P  4    ___  PUBLIC RISK: _____
___ OTHER _____
                               I  5    ___  INSTITUTIONAL ADJUSTMENT: Pending Assault
PRESENT STATUS:                                Disc., 6/10/97 39b  5/26/97  39b
                                               Single Movement Assaultive Hx.
C-SCORE: C-5                      1
                               M  ___  ___  MEDICAL NEEDS: _____
D'S WORKED OFF:    Y /(N)
                               MH 1    ___  MENTAL HEALTH NEEDS: Please Assess
CRT REC ADDRESSED: Y /(N)
                               E  1    ___  EDUCATIONAL NEEDS: _____
INMATE PRESENT:   (Y)/ N
                               V  4    ___  VOCATIONAL NEEDS: _____

                               T  503A ___  PROGRAM NEEDS: Rec-Self-Help

                               W  3    ___  WORK NEEDS: _____

Report by: BUSH                                         ; DENISE GAGNON