```
MOVEMENTS      NUMBER:    262849     NAME:   REID,ROBERT              PAGE     1
FILE:  GARNER CI                     MED FILE:
                                DATE    SEQ    LOCATION         JUR STA
TRANSFER AMONG DOC LOCATIONS          4/06/2004 1   136 GARNER CI      6NH  X
TRANSFER AMONG DOC LOCATIONS         11/18/2002 1   140 CORR/RAD CC    6NH  X
READMISSION, FROM CUSCOM             11/15/2002 1   125 CHESHIRE CC    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM) 11/01/2002 1  900 DISCHARGE     900  X
TRANSFER AMONG DOC LOCATIONS          6/03/2002 1   125 CHESHIRE CC    6NH  X
READMISSION, FROM CUSCOM              5/29/2001 1   140 CORR/RAD CC    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM) 5/14/2001 1   900 DISCHARGE     900  X
READMISSION, FROM CUSCOM              4/20/2001 1   140 CORR/RAD CC    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM) 3/30/2001 1   900 DISCHARGE     900  X
TRANSFER AMONG DOC LOCATIONS          3/23/2001 1   140 CORR/RAD CC    6NH  X
TRANSFER AMONG DOC LOCATIONS          3/14/2001 1   125 CHESHIRE CC    6NH  X
TRANSFER AMONG DOC LOCATIONS         10/05/2000 1   137 MCDGL/WLKR CI  6NH  X
READMISSION, FROM CUSCOM              9/14/2000 1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM) 9/08/2000 1   900 DISCHARGE     900  X
READMISSION, FROM CUSCOM              5/31/2000 1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM) 5/25/2000 1   900 DISCHARGE     900  X
READMISSION, FROM CUSCOM              5/16/2000 1   141 NORTHERN CI    6NH  X

Z514  6/08/2004    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:   00262849                ENTER FOR NEXT PAGE
```

```
MOVEMENTS     NUMBER:   262849       NAME:   REID,ROBERT                PAGE    2
FILE:  GARNER CI                     MED FILE:
                                     DATE      SEQ    LOCATION          JUR  STA
RELEASED TO HOME JURISDICTION (CUSCOM)  4/14/2000  1   900 DISCHARGE      900  X
READMISSION, FROM CUSCOM                3/13/2000  1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM)  3/09/2000  1   900 DISCHARGE      900  X
READMISSION, FROM CUSCOM                1/13/2000  1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM)  1/11/2000  1   900 DISCHARGE      900  X
READMISSION, FROM CUSCOM               12/06/1999  1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM)  4/14/1999  1   900 DISCHARGE      900  X
READMISSION, FROM CUSCOM                3/02/1999  1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM)  2/16/1999  1   900 DISCHARGE      900  X
READMISSION, FROM CUSCOM                7/20/1998  1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM)  7/14/1998  1   900 DISCHARGE      900  X
READMISSION, FROM CUSCOM                3/19/1998  1   141 NORTHERN CI    6NH  X
RELEASED TO HOME JURISDICTION (CUSCOM)  3/16/1998  1   900 DISCHARGE      900  X
TRANSFER AMONG DOC LOCATIONS            2/26/1998  1   141 NORTHERN CI    6NH  X
NEW ENTRY,SENT-FROM CUSCOM              2/23/1998  1   114 MCDGL/WLKR CI  6NH  X


Z514   6/08/2004    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60           END

TRANSACTION: P/N     NUMBER:   00262849
```