Administrative Segregation Status

| Type of Restrictive Status | Purpose(s) | Approval Authority for Placement | Approval Authority for Release | Persons to be Notified of Placement | Authorized Length of Confinement | Review Requirements |
|---|---|---|---|---|---|---|
| Administrative Segregation Transition Phases (Northern and York only)* | To prepare inmate for return to general population | Unit Administrator or higher authority | Commissioner or Designee | Director of Offender Classification and Population Management and Complex Warden | Indefinite | Classification staff every seven (7) days for first two (2) months and every 30 days thereafter and by a mental health professional after 30 days and every three (3) months following. |
| Administrative Segregation (Northern and York only)* | Classified as a threat to staff, other inmates or facility security. (Requires a hearing prior to placement) | Director of Offender Classification and Population Management or higher authority | Unit Administrator | Director of Offender Classification and Population Management and Complex Warden | Indefinite | Classification staff every seven (7) days for first two (2) months and every 30 days thereafter and by a mental health professional after 30 days and every three (3) months following. |
| Punitive Segregation | Discipline (Requires a hearing prior to placement) | Disciplinary Hearing Officer | Unit Administrator or higher authority or inmate serves time | Local as appropriate | In accordance with A.D. 9.5, Code of Penal Discipline | Local as appropriate |
| Administrative Detention | During an investigation or pending a hearing if an inmate may need protection or poses a threat to facility security and safety. | Shift Commander, higher authority or Director of Offender Classification and Population Management | Unit Administrator, higher authority or Director of Offender Classification and Population Management | Local as appropriate | Up to 14 calendar days. When an Administrative Segregation hearing is pending, up to 30 calendar days. | Every 72 hours by the Warden Deputy or Facility Chief of Security and recorded on Restrictive Housing Order. |
| Transfer Detention | Pending transfer as appropriate | Shift Commander, higher authority or Director of Offender Classification and Population Management | Shift Commander, higher authority or Director of Offender Classification and Population Management | Local as appropriate | Up to 72 hours excluding weekends and holidays | Local as appropriate |
| Close Custody for Chronic Discipline Interval I | Adjustment of problematic inmate behavior due to multiple disciplinary reports | Director of Offender Classification and Population Management | Approval for release to Interval II shall be by the Warden | Local as appropriate | Minimum of 30 days | Classification staff every seven (7) days for one (1) month and every 30 days thereafter. |
| Close Custody for Chronic Discipline Interval II | To prepare inmate for return to general population | Warden | Director of Offender Classification and Population Management | Local as appropriate | Minimum of 60 days | Classification staff every 30 days. By a mental health professional every 90 days. Inmates remaining in the Close Custody for Chronic Discipline Unit for more than six (6) months shall be reviewed for Administrative Segregation. |

Rev 8/4/98

ATTACHMENT A
RESTRICTIVE HOUSING STATUS
PROVISIONS AND MANAGEMENT STANDARDS

| Function | Punitive Segregation/Administrative Detention/Transition Detention | Administrative Segregation (Phase One) | Administrative Segregation Transition (Phase Two) | Administrative Segregation Transition (Phase Three) |
|---|---|---|---|---|
| Movement out of cell or out of secured area within housing unit (e.g., on tier or in day space) | Not more than two (2) inmates plus janitor out of cell per tier or unit at one time. No more than one (1) inmate janitor per tier or unit. In multiple tier unit, janitors must remain on their assigned tier or day space. | Not more than four (4) inmates out of cell in the unit at one time. Each inmate, when out of the cell, shall be escorted on a one (1) staff to one (1) inmate basis and handcuffed behind the back and in leg irons. Janitor shall be under direct supervision. | Not more than eight (8) inmates including janitors at one time. | Not more than 24 inmates and 2 workers at one time. |
| Movement out of cell or out of secured area when on restraint status (e.g., on tier or in day space) | The placement of an inmate on out of cell restraints status shall be approved by the Facility Chief of Security, or the Unit Manager or higher authority in accordance with A.D. 7.2, Armories. The Unit Administrator shall be notified within 24 hours of any inmate placed on out of cell restraint status. The type of restraint shall be approved by the Facility Chief of Security, or the Unit Manager or higher authority in accordance with A.D. 7.2, Armories. The inmate on restraint status, prior to release from a cell, shall be handcuffed behind the back except when making telephone calls, at which time the inmate shall be handcuffed in the front before leaving the cell. Each inmate, on out of cell restraint status, shall be escorted on a one (1) staff, one (1) inmate basis. Continued behavior problems shall result in review for Administrative Segregation placement or transfer to higher security. Where there are no secure showers, an inmate on restraint status shall normally have handcuffs removed upon entering and reapplied before leaving the shower. Where there are no secure showers, each inmate on restraint status going to the shower shall be handcuffed in front prior to leaving the cell and remain handcuffed while showering. A cell may be opened prior to an inmate being handcuffed if, in the best judgment of a supervisor, a medical emergency warrants such. | Except for any assigned janitors, inmates shall, prior to release from a cell, be handcuffed behind the back except when making phone calls at which time the inmate shall be handcuffed in front before leaving the cell. Handcuffs may be removed when the inmate is in a secure shower or secure individual recreation area. A cell may be opened prior to an inmate being handcuffed if, in the best judgment of a supervisor, a medical emergency warrants such. | For the first 30 days, inmates shall, prior to release from a cell, be handcuffed in front. After 30 days restraints not authorized unless for movement outside the unit or while waiting placement back into Administrative Segregation or Punitive Segregation at which point the standards set forth under Administrative Segregation shall apply. A cell may be opened prior to an inmate being handcuffed if, in the best judgment of a supervisor, a medical emergency warrants such. | Restraints not authorized unless for movement outside the unit or while waiting placement back into Administrative Segregation or Punitive Segregation at which point the standards set forth under Administrative Segregation shall apply. |

Rev 8/17/98
Page 1



ATTACHMENT A
RESTRICTIVE HOUSING STATUS
PROVISIONS AND MANAGEMENT STANDARDS

| Function | Punitive Segregation/Administrative Detention/Transition Detention | Administrative Segregation (Phase One) | Administrative Segregation Transition (Phase Two) | Administrative Segregation Transition (Phase Three) |
|---|---|---|---|---|
| Movement out of Unit other than to adjacent Recreation Area | If not on restraint status, a minimum of one (1) officer per inmate as escort. When outside the unit each inmate shall be handcuffed behind the back and escorted by a minimum of one (1) officer per inmate. An inmate shall, at a minimum, be frisk searched upon leaving and returning to the unit. | When outside of unit each inmate, at a minimum, shall be handcuffed behind the back and escorted by a minimum of one (1) officer per inmate. An inmate shall, at a minimum, be frisk searched upon leaving and returning to the unit. | Inmates shall be escorted, at a minimum, by one (1) staff member for every three (3) inmates. The inmate shall be handcuffed in the front. At a minimum the inmate shall be frisked searched upon leaving and returning to the unit. | Inmates, at a minimum, shall be escorted and supervised by one (1) staff member for every six (6) inmates. No restraints. |
| In Cell Observation | Direct observation by a correctional officer, not less frequently than every 30 minutes. Living, breathing flesh shall be observed. | Direct observation by a correctional officer, not less frequently than every 30 minutes. Living, breathing flesh shall be observed. | Direct observation by a correctional officer, not less frequently than every 30 minutes. Living, breathing flesh shall be observed. | Direct observation by a correctional officer, not less frequently than every 30 minutes. Living, breathing flesh shall be observed. |
| In Cell Restraint Status | The placement of an inmate on in-cell restraint status shall be approved by the Shift Commander or Unit Manager and reviewed by the Facility Chief of Security or higher authority within five (5) hours of initial placement. Any time an inmate is placed on in-cell restraint status an Incident Report shall be submitted in accordance with A.D. 6.6, Reporting of Incidents. The Unit Administrator shall be notified within 24 hours of any inmate placed on in cell restraint status. The type of restraint shall be approved by the Facility Chief of Security, Unit Manager or higher authority in accordance with A.D. 7.2, Armories. An inmate placed on in-cell restraint status shall be reviewed every 24 hours by the Unit Administrator. An inmate retained in cell restraint status beyond 72 hours shall be reviewed by the appropriate Complex Warden. The facility Shift Commander or Unit Manager shall observe each inmate on in-cell restraint status at a minimum of once per shift. A health services staff member shall observe each inmate on in-cell restraint status no less frequently than twice during a | The placement of an inmate on in-cell restraint status shall be approved by the Shift Commander or Unit Manager and reviewed by the Facility Chief of Security or higher authority within five (5) hours of initial placement. Any time an inmate is placed on in-cell restraint status an Incident Report shall be submitted in accordance with A.D. 6.6, Reporting of Incidents. The Unit Administrator shall be notified within 24 hours of any inmate placed on in cell restraint status. The type of restraint shall be approved by the Facility Chief of Security, Unit Manager or higher authority in accordance with A.D. 7.2, Armories. An inmate placed on in-cell restraint status shall be reviewed every 24 hours by the Unit Administrator. An inmate retained on in cell restraint status beyond 72 hours shall be reviewed by the appropriate Complex Warden. The facility Shift Commander or Unit Manager shall observe each inmate on in-cell restraint status at a minimum of once per shift. A health services staff member shall observe each inmate on in-cell | | |

Rev 8/4/98 - Page 2

ATTACHMENT A
RESTRICTIVE HOUSING STATUS
PROVISIONS AND MANAGEMENT STANDARDS

| Function | Punitive Segregation/Administrative Detention/Transition Detention | Administrative Segregation (Phase One) | Administrative Segregation Transition (Phase Two) | Administrative Segregation Transition (Phase Three) |
|---|---|---|---|---|
| In Cell Restraint Status (Continued) | 24 hour period. A health services professional shall make a mental health assessment within 24 hours of an inmate's placement on in-cell restraints. An inmate's placement on in-cell restraint status shall be directly observed by a correctional officer not less frequently than every 15 minutes. Inmates shall only be placed in four point restraints when it is necessary to protect the inmate from self injury or to prevent damage to the cell. In such cases the standards set forth in A.D. 6.5, Use of Force shall be followed. | Restraint status no less frequently than twice during a 24 hour period. A health services professional shall make a mental health assessment within 24 hours of an inmate's placement on in-cell restraints. An inmate placed on in-cell restraint status shall be directly observed by a correctional officer not less frequently than every 15 minutes. Inmates shall only be placed in four point restraints when it is necessary to protect the inmate from self injury or to prevent damage to the cell. In such cases the standards set forth in A.D. 6.5, Use of Force shall be followed. | | |
| Cell Searches and Security Checks | Random, but not less frequently than three (3) times every seven (7) days or when warranted. | Random, but not less frequently than three (3) times every seven (7) days or when warranted. | Not less frequently than twice every seven (7) days. | Not less frequently than once every seven (7) days. |
| Showers | Minimum of three (3) times per week with a 15 minute out of cell limit. | Minimum of three (3) times per week with a 15 minute out of cell limit. | Minimum of three (3) times per week. | Minimum of three (3) times per week. |
| Work Assignments | Limited to cleaning and food service in Housing Unit. No seven (7) day jobs. | None | Limited to Unit. No seven (7) day jobs. | As determined by the Unit Administrator. |
| Food Service | Regular meal inside cell. | Regular meal inside cell. | Regular meal inside cell. | Regular meal outside of cell by in Housing Unit. |
| Recreation | One (1) hour per day, five (5) days a week in a controlled area, excludes holidays. An inmate on restraint status shall not receive recreation with an inmate not on restraint status. | One (1) hour per day, five (5) days a week in a controlled area, excludes holidays. Restraints (handcuffs) required unless in a secure individual recreation area. An inmate on restraint status shall not receive recreation with an inmate not on restraint status. | A minimum of one (1) hour per day, five (5) days a week. No restraints. | A minimum of one (1) hour per day, five (5) days a week. No restraints. |
| Programs | None Counseling, Chaplaincy and Health Services staff shall tour unit at a minimum of once every seven (7) days. | All program opportunities shall be provided or arranged for in cell. Religious and Counseling programs shall be available on a limited basis. | Program opportunities shall be provided in cell or separate from general population in a secured area. All programs shall be approved by the Deputy Commissioner of Programs. | Program opportunities shall be provided in cell or separate from general population in a secured area. All programs shall be approved by the Deputy Commissioner of Programs. |

Rev 8/17/98
Page 3

ATTACHMENT A
RESTRICTIVE HOUSING STATUS
PROVISIONS AND MANAGEMENT STANDARDS

| Function | Punitive Segregation/Administrative Detention/Transition Detention | Administrative Segregation (Phase One) | Administrative Segregation Transition (Phase Two) | Administrative Segregation Transition (Phase Three) |
|---|---|---|---|---|
| Education | At a minimum, individual education plans shall be maintained for those inmates under the age of 21 who are deemed appropriate by the Education Department. Recommendations from the Education Department shall be accommodated consistent with the security needs of the housing unit. | At a minimum, individual education plans shall be maintained for those inmates under the age of 21 who are deemed appropriate by the Education Department. Recommendations from the Education Department shall be accommodated consistent with the security needs of the housing unit. | At a minimum, individual education plans shall be maintained for those inmates under the age of 21 who are deemed appropriate by the Education Department. Recommendations from the Education Department shall be accommodated consistent with the security needs of the housing unit. | At a minimum, individual education plans shall be maintained for those inmates under the age of 21 who are deemed appropriate by the Education Department. Recommendations from the Education Department shall be accommodated consistent with the security needs of the housing unit. |
| Inmate Property | See A.D. 6.10, Inmate Property | See A.D. 6.10 | See A.D. 6.10 | See A.D. 6.10 |
| Visits | Visits generally shall not be allowed. Non-contact visits at Level 4 facilities and above. Legal visits as needed and approved by the Unit Administrator or designee. | An inmate shall be allowed one (1) 30 minute non-contact visit per week, only with immediate family. No extended family visits. Legal visits as needed and approved by Unit Administrator or designee. | An inmate shall be allowed only two (2) 30 minute non-contact visits per week, only with immediate family. No extended family visits. Legal visits as needed and approved by Unit Administrator or designee. | An inmate shall be allowed a minimum of three (3) 30 minute visits per week. No extended family visits. Legal visits as needed and approved by the Unit Administrator or designee. |
| Mail Retention | May send and receive mail same as general population but may retain only five (5) letters in cell. | May send and receive mail same as general population but may retain only five (5) letters in cell. | In accordance with storage requirements in A.D. 6.10, Inmate Property. | In accordance with storage requirements in A.D. 6.10, Inmate Property. |
| Reading Materials | Limited to two (2) books or periodicals at a time. Legal materials shall be provided upon request as required to address a court issue that cannot wait until release from restrictive status. | Shall not exceed the four (4) cubic feet of total allowable property in the cell in accordance with A.D. 6.10, Inmate Property. Amount may be restricted by the Unit Administrator. | In accordance with storage requirement in A.D. 6.10, Inmate Property. | In accordance with storage requirement in A.D. 6.10, Inmate Property. |
| Telephone Usage | Not allowed unless approved by the Unit Administrator on a case-by-case basis. | One (1) 15 minute call per week, except legal telephone calls as approved by a supervisor/counselor. | Two (2) 15 minute calls per week, except legal telephone calls as approved by a supervisor/counselor. | A minimum of three (3) 15 minute calls per week, except legal telephone calls as approved by a supervisor/counselor. |
| Television | None | None | None | Allowed in accordance with A.D. 6.10, Inmate Property. |
| Radio In Cell | None | Allowed, in accordance with A.D. 6.10, Inmate Property. | Allowed, in accordance with A.D. 6.10, Inmate Property. | Allowed, in accordance with A.D. 6.10, Inmate Property. |

Rev 8/4/98
Page 4