# Incident Report - Page 1
## Connecticut Department of Correction

CN6601
3-8-96

[X] Individual
[ ] Summary

| Facility / CSO | NCI | Incident location | cell 116 | Report No. | 0002056 |
| Prepared by | LYONS | Title | c/o | Report date | 2/14/00 |
| Incident class | [ ]1 [ ]1a [ ]2 [X]3 | Type | A | Time 10:25 | [X] a.m. [ ] p.m. |

| Inmate name (last and first) | Hsg unit | Race | ID no. | Status | Staff Name (last and first) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| Boone, Jason | 1E/116 | B | 163292 | V | Lyons, Walter | W | c/o | E/W |
| Reid, Robert | 1E/116 | B | 262849 | S | Smiley, James | B | c/o | E/W |
| | | | | | Carrol, Timothy | W | LT | R |
| | | | | | Degray, Kevin | W | cpt | R |

Status Code: V = victim, S = suspect, E = escape, R = first employee responder, W = inmate witness, EW = employee witness

Race Code: W = white, B = black, H = Hispanic, N = native American, O = other

**Narrative** (WL) At the above date, location and at approx 10:22am I c/o Lyons and c/o Smiley approached cell 116 (Inm Boone/Inm Reid) to take them out for a shakedown (search cell for contraband). Both Inm's refused to come to the trap to be cuffed up. c/o Smiley and myself continued the shakedown (cell 117) and notified Cpt Degray + LT Carroll. At no time was their any sign of a assault or mention of one by Inm Boone or Inm Reid. At approx 10:25 am LT Carroll and Cpt Degray approached the cell and noticed that Boone's bed face was cut. Inm Boone stated that he was assaulted. Inm Boone and Reid were seperated, interviewed and treated for any injurys. Inm Reeds knuckles were scraped. Inm Reid stated that he didnt assault Inm Boone. Inm Boone stated that both Inm's were involved in a verble altercation that turned physical when Inm Reid struck Inm Boone in the face. Inm Reid was escorted to 1W-207. Inm Boone will remain in cell 116. Note: Inm Boone never stated prior to the assault that their was a problem of any sort between himself and Inm Reid until after the eledged incident. (WL)

Reporting employee signature: W. Lyons
Title: C/O
Date: 2/14/00

## FOLLOW-UP

| Property Damage | STATE LINEN/LAUNDRY | Value $ ? |
| Contraband recovered | STATE LINEN/LAUNDRY | |
| Physical force | No | Chemical agents | No | Restraints | ROUTINE ESCORT |

Assigned to:
[ ] Protective custody
[ ] Administrative detention
[ ] 15-minute watch
[ ] Isolation
[ ] Outside Hospital
[X] Other ADMINISTRATIVE
[X] Medical NCI

# Incident Report - Page 2
## Connecticut Department of Correction

### CONTACTS

| | | | |
|---|---|---|---|
| Unit administrator MAJOR CAJULE | Date 2-14-00 | Time 12:59 | a.m. ☐ p.m. ☑ |
| Central office | Date | Time | a.m. ☐ p.m. ☐ |
| Outside agency  N/A | Date | Time | a.m. ☐ p.m. ☐ |
| Police  N/A | Date | Time | a.m. ☐ p.m. ☐ |
| Fire  N/A | Date | Time | a.m. ☐ p.m. ☐ |

### OTHER ATTACHED REPORTS

| | |
|---|---|
| Use of force ✓ | Medical incident 2 |
| Disciplinary 1 | Other (specify) 2-Video Tapes pages 3,4,5,6,7,8,9 6 PHOTOS - 3 CHAIN OF CUSTODY - 1 I/M SUP. REQUEST |

### CRIMINAL PROSECUTION

| If a staff member was assaulted during the incident, is criminal prosecution requested? | ☐ Yes  ☐ No | CT State Police investigation no. |
|---|---|---|

Shift supervisor review: ACCORDING TO REPORTS AND OBSERVATIONS IT STRONGLY APPEARS AS THOUGH INMATE BOONE WAS ASSAULTED BY INMATE REID. INJURIES TO BOONES FACE AND INJURIES TO REID'S HAND AND BLOOD SPATTERS IN THE CELL ARE EVIDENCE OF THAT. BOTH INMATES WERE SEPERATED, TREATED BY MEDICAL AND REID WAS RELOCATED TO ONE WEST. INMATE BOONE CLAIMED THAT HE WAS ASSAULTED BY INMATE REID FOLLOWING AN ARGUEMENT. SHORTLY AFTER BOONE WAS ASKED IF HE WISHED TO PRESS CHARGES. HE FAILED TO COMPLY. THE FOLLOWING DAY OFFICER LYONS UNDER THE DIRECTION OF A SUPERVISOR ASKED INMATE BOONE IF HE WANTED TO PRESS CHARGES. BOONE REPLIED "NO". EVIDENCE WAS COLLECTED HOWEVER THE STATE POLICE WERE NOT CONTACTED. DUE TO THE PRESENCE OF EVIDENCE INMATE REID WAS ISSUED A DISCIPLINARY REPORT FOR ASSAULT. INMATE REID DENIES THE ASSAULT AND STATED THAT HE SCRAPED HIS HAND GETTING OFF OF HIS BUNK. THE MAJOR OF OPERATIONS WAS INFORMED ABOUT THE INCIDENT AND PASSED THE INFORMATION UP TO THE WARDEN.

| Signature [signed] | Title CAPTAIN | Date 2/15/00 |
|---|---|---|

Unit administrator review: No serious injury was discovered. The alleged assault did occur. All reports are consistent that no one witnessed the assault however no injury was found initially until moments later when Lt Carroll

| Signature [signed] | Title WARDEN | Date 2/15/00 |
|---|---|---|

Central office review: came at the cell with C/O Lyons

Rev 2-15-00 [initials]

| Signature | Title | Date |
|---|---|---|

| Individual Summary | INCIDENT REPORT - Page 3 Connecticut Department of Correction | |
|---|---|---|
| Facility/CSO NCF | Report No. | IR# 0002056 Report Date 2/14/00 |
| Prepared by J. Smiley | Title C/O | Signature *Laura Smiley* |
| Incident class 1☐ 1A☐ 2☐ 3☒ | Type A | Time 1022 ☒Am ☐Pm Date 2/14 |

On above date and time Lt C/O Smiley and C/O Lyon approached cell 116 which housed Inm Boone #163292 and Reid #262899 for a shakedown / search of the cell for contraband. Both Inm's refuse to step to the door to be cuff. At not [at no] time did either Inm state that there was a problem between them. So myself and C/O Lyon continued to shakedown cell-117 and notified Capt Degray and Lt Carral that the Inm refuse to comply to be cuffed.

J. Smiley

# Incident Report
## Connecticut Department of Correction

☒ Individual
☐ Summary

IR# 0002056

| Facility/CSO: NORTHERN C.I. | Report No. | Report Date 02/14/00 |
| Prepared by F. WHITEHEAD | Title C/O | Signature F. Whitehead |
| Incident class  1☐ 1A☐ 2☐ 3☒ | Type A | Time :19 ☒Am ☐Pm  Date 2-14-00 |

ON THE ABOVE DATE AND TIME, INMATE BOONE #163292 STATED THAT HE HAD BEEN ASSULTED BY INMATE REID #262849 IN CELL #116. THIS WRITER WAS ASSIGNED BY CAPT. DEGRAY TO PHOTOGRAPH ANY ITEMS WITHIN CELL #116 WHICH MAY BE STAINED BY BLOOD. THIS WRITER WAS TO COLLECT ANY ITEMS FOUND AND PLACE THEM INTO PAPER BAGS AND MARK THEM TO SHOW WHO THEY BELONG TO. WITHIN CELL #116 WAS FOUND A JUMP SUIT WHICH WAS STAIN WITH DROPS OF BLOOD, (2) BLANKETS, ALSO STAINED WITH BLOOD, AND A BAG OF CLOTHING WHICH HAD A BLOOD STAIN. ALL THESE ITEMS WERE COLLECTED AND PHOTOGRAPHED AND WERE FOUND TO BELONG TO INMATE BOONE. ALL PICTURES AND ITEMS TURNED OVER TO CAPT. DEGRAY'S OFFICE. A PICTURE WAS ALSO TAKEN OF SOME TOILET PAPER WITH BLOOD ON IT, FOUND IN THE TOILET.

# Incident Report - Page
## Connecticut Department of Correction

IR#0002056

| | | |
|---|---|---|
| ☒ Individual | | |
| ☐ Summary | | |
| Facility/CSO: NCI | Report No. | Report Date: 14 FEB 00 |
| Prepared by: LAMOUREUX, M.D. | Title: CO | Signature: [signed] |
| Incident class: 1☐ 1A☐ 2☐ 3☒ | Type: A | Time: 7:05 ☒ Am ☐ Pm  Date: 14 FEB 00 |

ON THE ABOVE DATE AND TIME THIS OFFICER VIDEO TAPED I/M REID, ROBERT #262849 AND I/M BOONE, JASON #163292 AFTER AN ALLEGED ASSAULT I/M ON I/M. I/M'S WERE VIDEO'D SEPARATLY AND ALSO WERE TREATED INDIVIDUALLY BY MEDICAL. I/M BOONE WAS THEN ESCORTED TO MEDICAL/DENTAL UNIT WHILE I/M REID WAS ESCORTED TO 1 WEST CELL 207B. BOTH I/M'S WERE COMPLIANT WITH ALL ORDERS GIVEN. TWO VIDEO TAPES TURN OVER TO CAPT DEGRAY w/o

# INCIDENT REPORT - Page 6

☐ Individual
☒ Summary

Connecticut Department of Correction

IR#0002056

| Facility/CSO Northern C.I. | Report No. | Report Date 2/14/00 |
| --- | --- | --- |
| Prepared by TIMOTHY CARROLL | Title LIEUTENANT | Signature *Timothy Carroll* |
| Incident Class 1☐ 1A☐ 2☐ 3☒ | Type A | Time 10:25 ☒Am ☐Pm  Date 2/14/00 |

ON THE ABOVE DATE AND TIME THIS WRITER WAS INFORMED BY OFFICER WALTER LYONS THAT INMATES BOONE,JASON #163292 AND REID,ROBERT #262849 IN CELL 116 IN 1 EAST WERE REFUSING TO BE RESTRAINED. UPON ARRIVING AT CELL 116 I ASKED INMATE BOONE WHAT THE PROBLEM IS AND HE REPLIED THERE WAS NO PROBLEM. I THEM ORDERED HIM TO COME TO THE DOOR. WHEN INMATE BOONE TURNED TO THIS WRITER I OBSERVED THAT THE RIGHT SIDE OF HIS FACE WAS SWELLING UP VERY RAPIDLY AND A SMALL STREAM OF BLOOD WAS TRICKLING DOWN HIS FACE ON THE SAME SIDE. I ASKED HIM WHAT HAPPENED AND HE REPLIED "NOTHING". I INFORMED CAPT.DEGRAY WHO WAS STANDING BESIDE ME AND HE TRIED TO ELICIT A RESPONSE FROM INMATE BOONE AND RECEIVED THE SAME RESPONSE. CAPT.DEGRAY IMMEDIATELY CALLED FOR THE VIDEO CAMERA AND EXTRA STAFF. WHILE WAITING FOR THE VIDEO CAMERA INMATE BOONE WALKED TOWARD THE CELL WINDOW AND MOUTHED THE WORDS "HE HIT ME" TO THIS WRITER AND I INFORMED CAPT. DEGRAY. IT WAS DECIDED BY CAPT. DEGRAY THAT DUE TO THE FACT THAT INMATE BOONE STATED THAT HE WAS ASSAULT NEITHER INMATE WOULD BE RESTRAINED INSIDE THE CELL SO THAT ONE INMATE WOULD HAVE AN ADVANTAGE OVER THE OTHER. K-9 THOMAS LAJOIE AND HIS PARTNER SHADOW WERE CALLED OVER TO THE CELL AND BOTH INMATES WERE INFORMED THAT WHEN THE DOOR WAS OPENED THAT ANY ACTION BY EITHER INMATE WOULD BE CONSIDERED A HOSTILE ACT AND THE K-9 WOULD INTERVENE. INMATE REID WAS ORDERED ON TO THE TOP BUNK AND TO LIE DOWN FACING THE WALL. INMATE BOONE WAS ORDERED TO STAND AT THE DOOR FACING IN THE OPPOSITE DIRECTION. WHEN THE DOOR OPENED INMATE BOONE WAS TOLD TO BACK OUT SLOWLY AND HANDCUFFS WOULD BE APPLIED. BOTH INMATES COMPLIED WITH ALL ORDERS GIVEN. INMATE BOONE WAS BROUGHT TO THE UNIT MEDICAL ROOM WHERE HE WAS SEEN BY MEDIC REGGIE McALLISTER. INMATE BOONE WAS THEN BROUGHT TO THE FACILITY MEDICAL UNIT FOR X-RAYS AND OBSERVATION. THIS WRITER INTERVIEWED INMATE BOONE WHO STATED THAT HE AND INMATE REID WERE HAVING WORDS WITH EACH OTHER AND WHEN HE TURNED TOWARDS INMATE REID HE PUNCHED INMATE BOONE IN THE FACE. INMATE BOONE STATES THAT HE DID NOT PUNCH BACK. INMATE BOONE REFUSED TO SAY WHAT THE ARGUMENT WAS ABOUT. INMATE BOONES STORY CHANGED TWICE ABOUT WHEN THE ASSAULT TOOK PLACE. HE FIRST SAID IT WAS AFTER THE OFFICERS CAME TO THE CELL AND THEN CHANGED IT AND SAID IT WAS AFTER. DUE TO THE OFFICERS STATEMENT AND THE FACT THAT WHEN THIS WRITER FIRST SAW INMATE BOONE AND IT APPEARED THAT THE INJURY WAS SWELLING UP AS I TALKED TO HIM IT IS APPARENT

| ☐ Individual | INCIDENT REPORT - Page __7__ | |
|---|---|---|
| ☒ Summary | Connecticut Department of Correction | IR #0002056 |
| Facility/CSO Northern C.I. | Report No. | Report Date 2/14/00 |
| Prepared by TIMOTHY CARROLL | Title LIEUTENANT | Signature *Timothy Carroll* |
| Incident Class  1☐ 1A☐ 2☐ 3☒ | Type   A | Time 10:25 ☒Am ☐Pm   Date 2/14/00 |

(4)THAT THE ASSAULT OCCURRED AFTER THE OFFICERS CAME TO THEIR CELL. THERE WERE NO INJURIES ON INMATE BOONE HANDS CONSISTENT WITH BEING INVOLVED IN A FIGHT. SINCE BOTH INMATES WERE FOLLOWING ALL VERBAL COMMANDS THERE WAS NO USE OF FORCE INVOLVED BY STAFF OTHER THAN THE STANDARD OPERATING PROCEDURE OF ESCORTING LEVEL 5 INMATES. (Etc)

IR #0002056

| ☐ Individual | Incident Report - Page 8 | | |
|---|---|---|---|
| ☒ Summary | Connecticut Department of Correction | | IR#0002056 |
| Facility/CSO **Northern CI** | | Report No. | Report Date 2-14-00 |
| Prepared by **Kevin DeGray** | | Title **Captain** | Signature *KMDr* |
| Incident Class  1☐  1A☐  2☐  3☒ | Type A | Time 10:27 Am☒ Pm☐ | Date 2-14-00 |

On 2-14-00 at approx. 10:25am Officers Smiley and Lyons reported that Inmate's Boone, Jason #163292 and Reid, Robert #262849 assigned to Pod 1 East cell 116 were refusing to surrender their arms out through the cell door access slot for restraining purposes in order to be moved out of their cell for a mandatory search. I approached the cell with Lt. Carroll and we then noticed Mr. Boone wiping blood from his ride side cheek area with toilet tissue. His right side cheek area was swollen and cut. I ordered Inmate Reid to stay seated on his desk stool and I ordered Boone to remain at his door and instructed both to remain separated. I then summoned a video camera on scene and Officer Lamoureux reported with the unit camera. Both inmates were instructed that they were to remain in their current positions until the door was opened and Boone would come out of his cell for restraint application. I instructed the K-9 Officer (Officer Lajoie) to remain on scene as a precautionary measure. I decided to not restrain either inmate through the cell door access slot in order to alleviate placing one at a disadvantage, especially since Boone indicated through the door that he was assault. Inmate Boone exited his cell, full restraints were applied and he was escorted to the Pod Medical Screening room for treatment by Medic McAllister under the supervision of Lt. Carroll. While in the Medical Screening room he would only state that he was assaulted/punched by Reid because of "some words that were exchanged" he would not elaborate however on what exactly caused the assault on his person. I interviewed Mr. Reid who alleges that Boone slipped and fell in the cell but he could not be sure because he was not looking at the time. I then inspected his hands and it was clear at this time that he did in fact assault Mr. Boone as both hands had new injuries consistent with just assaulting another individual. Reid had an abrasion that was bleeding slightly on his left index knuckle and a cut on his right thumb area which was also bleeding slightly (still photos and video footage documented both inmate injuries). Reid also had small blood droplets on his boxer shorts and tee-shirt (both were placed in a paper bag with a proper chain of custody. He was treated by Medic McAllister. I asked Reid how did he receive his injuries and at first he refused to respond but after several inquiries Inmate Reid claimed that when he got off his top bunk he cut it on the bed metal. It should be noted that I returned to cell 1E-116, examined the entire bed and found no evidence of blood on the bed metal to support his version. I did however notice very small blood droplets on both inmate's bed rolls which were on the bottom bed. This appeared to me to have been created when Reid struck Boone's facial area and the blood from Boone's face sprayed on the bedding materials. It should be noted that Boone had no signs of injury to either one of his hands and Reid had no injuries to his facial or other areas other than his hands. This allows me to believe that Boone was in fact assaulted by Reid and Boone did not have an opportunity to retaliate. I asked Mr. Boone if he wanted to press outside criminal charges with the State Police for the assault on his person and he declined to make a decision at that time (see video tape). I did inform him however that If he wished to press charges he would only have to inform me. Both inmates complied fully with all instructions given therefore no force was necessary or utilized by staff. Inmate Reid received a DR for Assault and he was moved to Pod 1 West cell 207B. Boone

| ☐ Individual | Incident Report - Page 9 | | |
|---|---|---|---|
| ☒ Summary | Connecticut Department of Correction | | IR#0002056 |
| Facility/CSO  Northern CI | | Report No. | Report Date 2-14-00 |
| Prepared by  Kevin DeGray | | Title  Captain | Signature /KMD/ |
| Incident Class  1☐  1A☐  2☐  3☒ | | Type A | Time 10:25  Am☒  Pm☐   Date 2-14-00 |

was moved to the NCI Main Medical Unit for x-rays and further observation. I submitted a formal request for inmate separation to Major Kearney's office for review (see attached copy). There were no injuries reported by staff as a result of this incident. It should be noted that both Officers Smiley and Lyons report that they did not observe any injuries on Boone when he and Reid were initially refusing to be restrained. It is therefore reasonable to believe that Reid assaulted Boone while the Officers were reporting their non compliance to supervisors. Both inmates had already separated their own property due to the facility wide search and their property was returned to them after it was flouroscoped. The two video tapes of this incident were secured in the captain's Office drop safe with a proper chain of custody. All blood tainted materials were placed in brown paper bags with a proper chain of custody and secured in the Captain's office. Boone was returned back to his cell 1E-116 on 2-14-00 per medical. /KMD/

## Medical Incident Report
### Connecticut Department of Correction

CN6602
Rev. 4-12-93

IR# 0002056

| Facility | Northern CI | Report Date | 2/14/00 |

Inmate Name: Boone Jesse
Time: 10:30 [X] a.m. [ ] p.m.

Staff Name: Reginald McAllister
I.D. no. 163292

Incident report submitted [X] Yes [ ] No    Number    Date 2-14-00

Treatment location: Medical Screening Room

**Injury Description (must be completed if no other report):**
Involved in altercation with cellmate

**Diagnosis:** Large contusion under L eye

**Treatment administered:**
Area clean with Iodine
Krous order by MD

**Required follow up:** ?

**Placement after treatment:** Medical Unit Room #2

**Observations/remarks:** A&O×3

| Patient signature | unable to sign | Date | 2/14/00 |
| Medical staff signature | Reginald McAllister | Date | 2/14/00 |
| Custody staff signature | [signature] | Date | 2-14-00 |

# Medical Incident Report
## Connecticut Department of Correction

CN6602
Rev. 4-12-93

IR# 0002056

| Facility | Northern CI | Report Date | 2/14/00 |

Inmate Name: Reid Robert
Time: 10:40 [X] a.m. [ ] p.m.

Staff Name: Reginald McAllister
I.D. no. 262849

Incident report submitted [X] Yes [ ] No   Number _____   Date 2-14-00

Treatment location: Medical Screening Room

**Injury Description** (must be completed if no other report):
Involved in altercation with cellmate

**Diagnosis:** Small laceration on R Thumb
No other injuries reported

**Treatment administered:** Assessment of Inj.
Thumb cleaned with Iodine
Band-aid applied

**Required follow up:** PRN

**Placement after treatment:** 1W2JL

**Observations/remarks:** A+OX 3

Patient signature: Unable to Sign    Date 2/14/00
Medical staff signature: [signature]    Date 2/14/00
Custody staff signature: [signature]    Date 2-14-00

# Disciplinary Report - Page 1
## Connecticut Department of Correction

CN 95
1-10-

IR#0002056

| Unit | NCI | Report date | 2/14/00 | Report no. | |
|---|---|---|---|---|---|
| Inmate name | Reid, Robert | I.D. no. | 262849 | Housing | 1E 216 |
| Location | 1 East cell 116 | Incident Date | 2/14/00 | Time | 1225 ☐ a.m. ☒ p.m. |
| Charge | Assault | | | Class | A |

**Description of violation:** On the above time, date and location I/m Reid #262849 assaulted I/m Boone #163292 by striking him in the face. WL

/END OF STATEMENT/

**Witness(es):** None

**Physical evidence:**

| Reporting employee | Lyons | Employee requests copy | ☒ yes ☐ no |
|---|---|---|---|
| Title | C/O | Date 2/14/00 | Time 12:34 ☐ a.m. ☒ p.m. |

## CUSTODY SUPERVISOR / UNIT MANAGER REVIEW

☐ Administrative detention    Date    Time ☐ a.m. ☐ p.m.
☐ Interview accused    ☐ Informal Disposition

Custody supervisor / unit manager signature: [signature]

| Title | Cpt | Date 2-14-00 | Time 2:09 ☐ a.m. ☒ p.m. |
|---|---|---|---|

## INMATE NOTICE

| Delivered by | | | |
|---|---|---|---|
| Title | | Date | Time ☐ a.m. ☐ p.m. |

Copy

CN 6901
7/1/98

ATTACHMENT A

CONNECTICUT DEPARTMENT OF CORRECTION     IR#0002056

CONTRABAND/CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility/Unit __NCI__

Classification of Contraband/Criminal Physical Evidence: (Check one)

__ Weapon
__ Drug/Drug Paraphernalia
__ Alcohol (commercial or home made)
__ Appliance (e.g., television, radio, stereo, recorder, etc.)
__ Currency (money or other commodity of exchange)
__ Clothing
__ Miscellaneous Property
✓ Other __VIDEO (2)__

Brief description of item or substance and any identifying mark(s)

__2 VIDEO TAPES (DUE TO LENGTH OF TIME) OF THE AFTERMATH OF REDD #262847__
__ASSAULT ON BOONE #163292 IN CELL 1E-116.__

Location Found/Confiscated __1E-116__

By: Staff Name __CAMERA OP: C/O LAMOUREUX__     Date/Time __2-14-00 / 10:35 pm__

From: Inmate Name _____     Inmate Number _____

Chain of custody - contraband/criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE/TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| LAMOUREUX | CAPT DEGRAY | 2-14-00 / 11:30 pm | EVIDENCE | SECURED |
| CAPT DEGRAY | DROP SAFE | 2-14-00 / 6:00 am | EVIDENCE | SECURED |

(continue on back if necessary)

CN 6901
7/1/98

ATTACHMENT A

CONNECTICUT DEPARTMENT OF CORRECTION      IR #0002056

CONTRABAND/CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility/Unit __NCI__

Classification of Contraband/Criminal Physical Evidence:(Check one)

- __ Weapon
- __ Drug/Drug Paraphernalia
- __ Alcohol (commercial or home made)
- __ Appliance (e.g., television, radio, stereo, recorder, etc.)
- __ Currency (money or other commodity of exchange)
- ✓ Clothing
- __ Miscellaneous Property
- __ Other

Brief description of item or substance and any identifying mark(s)
__I/m Reid's, Robert #262849 underclothing with blood spots on them secured in a brown paper bag. (Reid assaulted Boone 1632-92)__

Location Found/Confiscated __1W-207 (assault occurred in 1E-116)__

By: Staff Name __C/O Whitehead__            Date/Time __2-14-00 / 11:05 am__

From: Inmate Name __Reid, Robert__          Inmate Number __262849__

Chain of custody - contraband/criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE/TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| C/O Whitehead | Capt Dejnay | 2-14-00/11:17am | Evidence | Secured (RW) |
| Dejnay | Capts Office | 2-14-00/6:00pm | Evidence | Secured (KM) |

(continue on back if necessary)

CN 6901
7/1/98

ATTACHMENT A

CONNECTICUT DEPARTMENT OF CORRECTION          IR#0002056

CONTRABAND/CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility/Unit __NCI__

Classification of Contraband/Criminal Physical Evidence:(Check one)

__ Weapon
__ Drug/Drug Paraphernalia
__ Alcohol (commercial or home made)
__ Appliance (e.g., television, radio, stereo, recorder, etc.)
__ Currency (money or other commodity of exchange)
_X_ Clothing
__ Miscellaneous Property
__ Other

Brief description of item or substance and any identifying mark(s)

__BLANKETS, JUMPSUIT AND LAUNDRY BAG WITH UNDER CLOTHING PLACED IN__
__3 SEPARATE BROWN PAPER BAGS WITH BLOOD SPOTS PRESENT.__

Location Found/Confiscated __1E-116__

By: Staff Name __C/O WHITEHEAD__          Date/Time __2-14-00 / 11⁰⁰ AM__

From: Inmate Name __BOONE, JASON__          Inmate Number __163292__

Chain of custody - contraband/criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE/TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| C/O WHITEHEAD | CAPT DEBRAY | 2-14-00/11⁰⁰AM | EVIDENCE | SECURED |
| CAPT DEBRAY | CAPTS OFFICE | 2-14-00/6⁰⁰PM | EVIDENCE | SECURED |

(continue on back if necessary)

copy

TO:       Major Kearney

FROM:     Captain DeGray

DATE:     2-14-00

SUBJECT:  Inmate Separation Issue

IR#0002056

*************************************************************************

Sir, based on Inmate Reid, Robert #262849 assaulting Inmate Boone, Jason #163292 in cell 1E-116 on 2-14-00, I respectfully request that both inmates be placed on the NCI Master Inmate Separation Sheet and possible entry onto the RT 42 Profile screen.