```
                       DISCIPLINARY HISTORY              PAGE   001
   NUMBER:     262849   NAME: REID,ROBERT      TOTAL TICKETS:    7
   CURRENT LOCATION:   GARNER CI

     DATE    SEQ  FCLTY  OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
  06 02 2004  01   136   ASSAULT              PUNITIVE SEGREGATION 007 DAYS
                                                             THRU 06/08/04
                                              LOSS OF RECREATION   015 DAYS
                                                             THRU 06/22/04
                                              LOSS OF TELEPH. PRIV 030 DAYS
                                                             THRU 07/07/04
  12 31 2003  01   140   FLAGRANT DISOBED.    PUNITIVE SEGREGATION 015 DAYS
                                                             THRU 01/15/04
                                              LOSS OF COMM. PRIV.  090 DAYS
                                                             THRU 04/12/04
                                              LOSS OF TELEPH. PRIV 090 DAYS
                                                             THRU 04/12/04
  06 14 2003  01   140   DISOBEY DIRECT ORDER CONFINED TO QUAR/UNT 007 DAYS
                                                             THRU 06/21/03


  Z514 06/08/04  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

  TRANSACTION: P/N    NUMBER:  00262849
```

```
                      DISCIPLINARY HISTORY              PAGE  002
   NUMBER:    262849   NAME: REID,ROBERT       TOTAL TICKETS:    7
   CURRENT LOCATION:  GARNER CI

     DATE   SEQ  FCLTY  OFFENSE(S)              DISPOSITION(S)       AMOUNT(S)
  06 07 2003  01   140  DISOBEY DIRECT ORDER   LOSS OF COMM. PRIV.  007 DAYS
                                                            THRU 06/21/03
  02 03 2003  01   140  ASSAULT                PUNITIVE SEGREGATION 015 DAYS
                                                            THRU 02/17/03
                                               LOSS OF TELEPH. PRIV 090 DAYS
                                                            THRU 05/13/03
                                               LOSS OF COMM. PRIV.  090 DAYS
                                                            THRU 05/13/03
  09 01 2001  01   140  FLAGRANT DISOBED.      PUNITIVE SEGREGATION 015 DAYS
                                               CONFINED TO QUAR/UNT 015 DAYS
                                                            THRU 10/05/01
                                               LOSS OF COMM. PRIV.  045 DAYS
                                                            THRU 11/04/01



  Z514 06/08/04   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

  TRANSACTION: P/N    NUMBER:   00262849
```

```
                         DISCIPLINARY HISTORY              PAGE   003
 NUMBER:     262849   NAME: REID,ROBERT           TOTAL TICKETS:    7
 CURRENT LOCATION:  GARNER CI

    DATE    SEQ   FCLTY  OFFENSE(S)           DISPOSITION(S)      AMOUNT(S)
 09 13 1998  01    141   SECURITY TAMPERING   LOSS OF TELEPH. PRIV 090 DAYS
                                                                  THRU 01/12/99




 Z514 06/08/04   CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.
 DISCIPLINARY DISPLAYS -
 TRANSACTION: RT67    NUMBER:   00262849
```