# Incident Report – Page 1
## Connecticut Department of Correction

CN 6601/
Rev 4/4/0

060404__

| Facility/CEO | GARNER C.I. | Incident location | ALPHA | Report no. |

| Incident class | ☐ 1 ☐ 2 ☒ 3 | Type | A | Date | 6-2-04 | Time | 2:50 | ☐ a.m. ☒ p.m. |

| Prepared by | SMITH WILLIAM | | Title | CORRECTIONS OFFICER |

| Inmate name (last & first) | Hsg Unit | Race | ID no. | Status | Staff name (first & last) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|
| Reid Robert | A-212 | B | 262849 | S | William Smith | W | C/O | EW |
| Tucker Kevin | A-230 | B | 94084 | S | Lindsay, Michael | B | C/O | EW |
| | | | | | Michael Capellaro | W | LT | EW |
| | | | | | Carlos Burgos | H | CPS | EW |
| | | | | | Joseph Santaniello | W | C/O | EW |
| | | | | | Mark Tierney | W | C/O | EW |

Status code: V = victim, S = suspect, E = escape, R = first employee responder, W = inmate witness, EW = employee witness

Race code: W = white, B = black, H = Hispanic, N = native American, O = Other

**Narrative:** ON THE ABOVE DATE TIME AND LOCATION, INMATE REID # 262849 ATTACKED INMATE TUCKER # 94084 by STRIKING INMATE TUCKER WITH CLOSED FISTS. INMATE TUCKER ATTEMPTED TO PROTECT HIMSELF. BOTH INMATES WERE IN THE PROCESS OF BEING TRANSFERED TO THE A/P ROOM FOR TRANSFER OUT OF THE FACILITY. A CODE BLUE WAS CALLED, STAFF RESPONDED. AND BOTH INMATES WERE ESCORTED OUT OF UNIT

| Reporting employee signature | W. S___ (Smith) | Title | CORRECTIONS OFFICER |

| Report date | | Report time | : | ☐ a.m. ☐ p.m. | Type | ☐ Individual | ☐ Summary |

## FOLLOW-UP

| Property damage | None | | Value $ | N/A |

Contraband recovered  None

| Physical force | None | Chemical Agents | None | Restraints | HANDCUFFS |

Assigned to:
- ☐ Protective Custody
- ☒ Administrative detention
- ☐ 15-minute watch
- ☐ Medical
- ☐ Outside hospital
- ☐ Other:

# Incident Report – Page 2
## Connecticut Department of Correction

CN 6601/2
Rev 4/4/02

## CONTACTS

| | | | | |
|---|---|---|---|---|
| Unit Administrator | Date | Time : | ☐ a.m. | ☐ p.m. |
| Lead Warden | Date | Time : | ☐ a.m. | ☐ p.m. |
| Central Office | Date | Time : | ☐ a.m. | ☑ p.m. |
| Outside agency | Date | Time : | ☐ a.m. | ☐ p.m. |
| Police/ Fire | Date | Time : | ☐ a.m. | ☐ p.m. |
| Public Inf. Officer | Date | Time : | ☐ a.m. | ☐ p.m. |
| C.I.S.R.T. (Critical Incident Stress Response Team) | Date | Time : | ☐ a.m. | ☐ p.m. |

## OTHER ATTACHED REPORTS

☐ Use of force
☑ Disciplinary

☑ Medical incident
☑ Other (specify) pgs # 3-4-5-6-7-8
Rtu- Prop matrn -(2) photos.

## CRIMINAL PROSECUTION

| If a staff member was assaulted during the incident, is criminal prosecution requested? | ☐ Yes   ☐ No | CT State Police investigation no. |
|---|---|---|

Shift Supervisor review:

*Recica Report*

| Signature | Title  Captain | Date 6/ |
|---|---|---|

Unit Administrator Review:

| Signature | Title | Date |
|---|---|---|

Central Office review:

| Signature | Title | Date |
|---|---|---|

# Incident Report – Supplemental Page ☐3 of 8

### Connecticut Department of Correction

CN 6601/3
Rev 4/4/02

| Facility/CEO  GARNER CI | Incident location : A UniT Top Tier | Report no.  0 6 0 4 0 4 ☐☐ |
|---|---|---|
| Incident class ☑1 ☐2 ☒3 | Type: ☐ | Date: 6/2/04 | Time: 2,50 ☐ a.m. ☑ p.m. |
| Prepared by : Michael A LindsAy SR | | Title: Correction Officer |

Additional narrative:    On the Above Date and time I C/O Lindsay
was in the processes of getting Inmates Ready for
Transfer to the ADmitting processing Room when Inmate
Reid, Robert #262849 starting to hit Inmate Tucker, Kevin
#94084 in the Face Repeatedley, I C/O Lindsay witnessed
Inmate Tucker trying to cover his Face, I C/O Lindsay
Told Inmate Reid to stop and back away, Inmate
Reid obeyed my Command and I C/O Lindsay pushed inmate
Tucker, Kevin in his Cell and secured the Door, A Code
Blue was called by C/o Smith, W and I C/O Lindsay
Restrained Inmate Reid, Robert and waited for Staff
to Respond . C/O M. Lindsay SR

| Reporting employee signature: Michael A Lindsay SR    (LINDSEY) | Title: Correction Officer |
|---|---|
| Report date: 6/2/04 | Report time: 2:50  ☐ a.m. ☑ p.m. | Type  ☑ Individual  ☐ Summary |

☐ CheckBox
000



# Incident Report – Supplemental Page   |4| of 8

### Connecticut Department of Correction

CN 6601/3
Rev 4/4/02

| Facility/CEO  Garner C.I. | Incident location : Alpha Unit | Report no. **060404** |
|---|---|---|

| Incident class ☐ 1  ☐ 2  ☒ 3 | Type : A | Date : 06/02/04 | Time 2:52  ☐ a.m ☒ p.m. |
|---|---|---|---|
| Prepared by :  Capellaro, Michael | | | Title  Lieutenant |

**Additional narrative**

    On this 2nd day in June 2004 around 2:52pm this writer responded to a Code Blue In Alpha Unit.  Upon my arrival in Alpha I went to cell 221 where Inmate Tucker, Kevin #94084 was secured in the cell by himself.  This writer supervised the escort of the said Inmate by Officer Vaughn, Larry (left side) and Officer Giannetto, Michael (right) from Alpha Unit to F–212.  The escorting Officers conducted the strip search of Inmate Tucker (nothing found) and a polaroid picture was taken of his hands and face by Officer Bragaw, Robert.

| Reporting employee signature : *Michael Capellaro* | (Capellaro) | Title  Lieutenant |
|---|---|---|

| Report date : 06/02/04 | Report time    3:25pm | Type  ☒ Individual  ☐ Summary |
|---|---|---|



# Incident Report – Supplemental Page ≤ of 8
## Connecticut Department of Correction

CN 6601/3
REV 4/4/02

| Facility/CEO Garner | Incident location: Alpha | Report no. 060404■■ |
|---|---|---|

| Incident class ☐ 1 ☐ 2 ☒ 3 | Type  A | Date 06/02/04 | Time: 2:48 ☐ a.m. ☒ p.m. |
|---|---|---|---|

| Prepared by:  Edgar Morales | Title:  Correction Officer |
|---|---|

Additional narrative: At approximately 2:48 p.m., on the above time and date, this Officer, while assigned to the Center Control area, recorded a code "Blue" in progress in Alpha unit. The tape was submitted to Captain Carlos Burgos for further disposition.

Officer Edgar Morales

| Reporting employee signature  Edgar Morales | Title:  Correction Officer |
|---|---|
| Report date  06/02/04 | Report time  3:00 ☐ a.m. ☒ p.m. | Type ☒  Individual  ☐  Summary |

# Incident Report – Supplemental Page  [G] of 8

### Connecticut Department of Correction

CN 6601/3
Rev 4/4/02

| Facility/CEO  GARNER CI | Incident location : AlPHA | Report no.  0604040■■ |
|---|---|---|
| Incident class ☐ 1 ☐ 2 ☒ 3 | Type: ☒  Date: 6-2-04 | Time: 440  ☐ a.m. ☒ p.m. |
| Prepared by : Burne TT | | Title: c/o |

Additional narrative: On THE above date and Time, I officer Burne TT
inventoried  inmate Reid, Robert # 262849 property. Inmat Reid's
property was sent to the property Room.

6-2-04

| Reporting employee signature: | BURNETT | | Title c/o |
|---|---|---|---|
| Report date: 6-2-04 | Report time: 440  ☐ a.m. ☒ p.m. | Type ☒ Individual ☐ Summary | |

# Incident Report – Supplemental Page  7 of 8

### Connecticut Department of Correction

CN 6601/3
Rev 4/4/02

| Facility/CEO  GARNER CI | Incident location : Alpha | Report no. 060404 |
|---|---|---|
| Incident class ☐ 1 ☐ 2 ☒ 3 | Type: A    Date: 6/2/04 | Time: 450 ☐ a.m. ☒ p.m. |
| Prepared by : L Jacobs (LADAWN) | | Title: C/O |

**Additional narrative:** On the above date and time  I officer Jacobs, packed and inventoried inmate Tucker's #94084 property. Inmate Tucker from A-221 was transfered.

_Jacobs_

| Reporting employee signature: L Jacobs (JACOBS) | | Title C/O |
|---|---|---|
| Report date: 6/2/04 | Report time: 455 ☐ a.m. ☒ p.m. | Type ☒ Individual ☐ Summary |



# Incident Report – Supplemental Page 8 of 8

## Connecticut Department of Correction

CN 6601/3
REV 4/4/02

| Facility/CEO Garner | Incident location: Alpha | Report no. 06040466 |
|---|---|---|

| Incident class ☐ 1 ☐ 2 ☒ 3 | Type A | Date 06/02/04 | Time: 2:48 ☐ a.m. ☒ p.m. |
|---|---|---|---|

| Prepared by: Carlos Burgos | Title: Correction Captain |
|---|---|

Additional narrative: At approximately 2:48 p.m., on the above time and date, a code "Blue" was called in Alpha unit. This Unit Manager, Captain Carlos Burgos responded to the unit, along with staff members to find that an assault had occurred. Apparently, inmate Robert Reid #262849, A-212 and Kevin Tucker #94084, A-221, were preparing to depart the facility for a transfer and were being assembled on the upper tier landing. Suddenly, without provocation, Reid assaulted Tucker while he was assembling his property. (See page #3 for details).

Officer Michael Lindsay, who was ready to escort the inmates, witnessed the incident and a code "Blue" was called in the unit. According to Lindsay, Tucker did not retaliate and merely protected his face with his arms. Inmate Reid discontinued his assault on command, therefore not force was used. Tucker was secured in cell A-221 until responding staff members arrived to the unit and escorted both inmates to Fox unit Restrictive Housing.

Lieutenant Michael Capellaro supervised Tucker's escort to RHU. (See page #4 for details). Inmate Reid was escorted to RHU after being handcuffed by Officer Lindsey with Lindsey securing his left side, while Officer Anthony Maldonado his right. The escort was video taped by Officer Joseph Santopietro with a handheld video camera. Reid was compliant during the escort and subsequent strip search, which was conducted by Lindsey who also removed the handcuffs.

Reid was interviewed and stated that "he did what he had to do". Inmate Tucker was interviewed and stated that he and Reid had words that night before, however, he did no think it would escalate into an assault. He added that he did not retaliate and only protected his face from the assault, which took him by surprise. Both inmates were examined by the medical staff and photographed. Medical incident reports were submitted. They received copies of the restrictive housing order and property matrix forms. Reid received a disciplinary report for assault, which he received a copy. None of the responding and escorting staff members reported any injuries. I, Captain Burgos cleared the code at "Blue" at 3:03 p.m.

Captain Carlos Burgos

| Reporting employee signature Carlos Burgos | Title: Correction Captain |
|---|---|

| Report date 06/02/04 | Report time 3:00 ☐ a.m. ☒ p.m. | Type ☐ Individual ☒ Summary |
|---|---|---|

FORM 7300

**INFORMATIONAL LOG**

Name of Recorder _C. Shannon_ Title _C/O_ 06040400

Page _1_ of _2_

Command Center Location _GCI_

Date/Time Start _6-2-04_ 2:48 PM

Supervisor _Captain Carlos Burgos_

Date/Time Finish _6-2-04_ 3:03 PM

| DATE | TIME | INFORMATION RECEIVED/ACTION TAKEN | NOTIFICATION MADE/TIME |
|------|------|-----------------------------------|------------------------|
| 6-2-04 | 2:48 PM | Received a Code Blue (Fight between Inmate Tucker #94089 cell A-221 and Inmate Reid #262849 cell A-212) on the upper tier in front of cell A-221-CS | |
| | 2:48 PM | C/O Morales announces the code blue on the PA system as I C/O Shannon announced the code blue over the radio-CS | |
| | 2:48 PM | Supervisor and staff dispatched to the unit (Alpha). C/O Morales starts videotaping the incident-cs | |
| | 2:49 PM | Capt. Baynes in Control to monitor the incident-cs | |
| | 2:52 PM | Inmate Reid #262849 A-212 escorted to Fox-219 by Supervisors and staff-cs | |
| | 2:54 PM | Inmate Tucker #94089 A-221 escorted to Fox-212 by Supervisors and staff-cs | |

**FORM 7300**

**INFORMATIONAL LOG**

Name of Recorder _C. Shannon_____ Title __C/O_____ 060404■■

Command Center Location __GCI.____

Supervisor _Captain Carlos Burgos___

Page ___2___ of ___2___

Date/Time Start _6-2-04____

Date/Time Finish _6-2-04____

| DATE | TIME | INFORMATION RECEIVED/ACTION TAKEN | ~~NOTIFICATION MADE/TIME~~ |
|------|------|-----------------------------------|---------------------------|
| 6-2-04 | 3.03pm | Code Blue in Alpha unit cleared by Capt. Burgos-CS | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Medical Incident Report
## Connecticut Department of Correction

0604040☐☐

CN 66
Rev 4/4*

| Facility | Garner C.I. | Report Date | 6/2/04 | Time | 3:00 | ☐ a.m. | ☒ p.m. |

Name of patient  Tucker, Kevin    Inmate no. (if applicable)  94089

Medical Staff Name  J. Paco LHN

| Incident Report submitted | ☑ Yes | ☐ No | Report no. 0604040☐☐ | Date 6-2-04 |

Treatment location:  F-Block-Seg

Injury description (must be completed if no other report):  Code blue called on A-Block. Inmate Tucker, Kevin # 94084 involved in physical altercation w/ another inmate. Transferred by custody staff from A-Block to F-Block Seg in handcuffs.

Diagnosis:  2 small cuts on lower & upper lips. Area cleaned & Betadine solution. No loss of consciousness noted. Pupils equal & reactive. V/S stable.

Treatment administered:  Betadine solution applied to cuts on lips applied. V/S stable.

Required follow-up:  None at this time.

Placement after treatment  F-Block Seg.

Observations/remarks:  2 small cuts noted to lips. Small amount of bleeding noted.  (DEPARTED THE FACILITY.)

| Patient signature | unable to sign | Date | 6/2/04 |
| Medical staff signature | (Paco) | Date | 6/2/04 |
| Custody supervisor signature | (Burgos) | Date | 6/2/04 |

# Medical Incident Report
## Connecticut Department of Correction

060404██ CN 6█
Rev 4/4

| Facility | Garner C.I. | Report Date | 6-2-04 | Time | 255 | ☐ a.m. | ☒ p.m. |
|---|---|---|---|---|---|---|---|

Name of patient: Reid, Robert     Inmate no. (if applicable): 262849

Medical Staff Name: THERESA M PALUF CHN

| Incident Report submitted | ☒ Yes | ☐ No | Report No. 6040400 | Date 6-2-04 |
|---|---|---|---|---|

**Treatment location:**
4-219

**Injury description (must be completed if no other report):**
Escorted to L Block in handcuffs
csm, rom wnl. Skin intact both wrists

**Diagnosis:**
No injury

**Treatment administered:**
csm, rom, skin integrity assessed

**Required follow-up:**
None

**Placement after treatment:** 4-219

**Observations/remarks:**
As above

| | | Date | |
|---|---|---|---|
| Patient signature | Refused to sign : Palif CRN | Date | 6-2-04 |
| Medical staff signature | | Date | 6/2/04 |
| Custody supervisor signature | (Burgos) | Date | 6/2/04 |



# RESTRICTIVE HOUSING UNIT STATUS ORDER
## Connecticut Department of Correction

CN 9401
Attachment C, Page 1
5-3-94

| Facility: Garner C.I. | 060404 |
|---|---|

| Inmate Name:  Tucker, Kevin | Inmate Number:    94084 |
|---|---|

### Section 1: Status

**Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)**

| ☐ Transfer Detention | Date: | ☐ Administrative Segregation | Date: |
|---|---|---|---|
| ☒ Administrative Detention | Date: 06/02/04 | ☐ Punitive Segregation | Date: |
| ☐ Administrative Segregation Transition | | Date: | |

### Section 2 : Reason For Placement

The Inmate's / my continued presence in the general population poses a serious threat to life, property, self, other inmates, and / or the security of the institution because:
Inmate Tucker, Kevin # 94084 was placed on administrative detention pending investigation after being assaulted by inmate Reid, Robert #262849 during escort to a/p room.

COPY

| Signature of Supervisor: | Date: 2 June, 2004 |
|---|---|
| Inmate given copy of this form: Yes     Time:  4:00  ☐ a.m. ☒ p.m. | Date:  06/02/04 |



## RESTRICTIVE HOUSING UNIT STATUS ORDER

### Connecticut Department of Correction

CN 9401
Attachment C, Page 1
5-3-94

| Facility: Garner C.I. | 0 6 0 4 0 4 ▓▓ |
|---|---|

| Inmate Name: Reid, Robert | Inmate Number: 262849 |
|---|---|

### Section 1: Status

### Placement In Restrictive Housing Unit. (Check and Date the Appropriate Descriptions)

| ☐ Transfer Detention | Date: | ☐ Administrative Segregation | Date: |
|---|---|---|---|
| ☒ Administrative Detention | Date: 06/02/04 | ☐ Punitive Segregation | Date: |
| ☐ Administrative Segregation Transition | Date: | | |

### Section 2 : Reason For Placement

The Inmate's / my continued presence in the general population poses a serious threat to life, property, self, other inmates, and / or the security of the institution because:

Inmate Reid, Robert was moved from A-Block 212 to F-Block 219 and was placed on administrative detention pending disciplinary report for assault on inmate Tucker, Kevin #94084 during escort to a/p room.

COPY

| Signature of Supervisor: | Date: 2 June, 2004 |
|---|---|
| Inmate given copy of this form: Yes — Time: 4:00 ☐ a.m. ☒ p.m. | Date: 06/02/04 |

## ATTACHMENT A
## CONNECTICUT DEPARTMENT OF CORRECTION
### CONTRABAND / CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility / Unit:  **Garner Correctional Institution**

Classification of Contraband / Criminal Physical Evidence (Check one)

☐  Weapon

☐  Drug / Drug Paraphernalia

☐  Alcohol (commercial or home made)

☐  Appliance (e.g., television, radio, stereo, recorder, etc. . .)

☐  Currency (money or other commodity of exchange)

☐  Miscellaneous property

☒  Other  *Video Tape*

Evd# 04559    06040408
GCI-060404, I/m K. Tucker #94084, A-221
placed in RHU after he was assaulted.
6/3/04-2:50 p.m. filmed by M. Tierney

Brief description of item or substance and any identifying mark(s): *Video Tape of*
*inmate Tucker #94084 being escorted from Alpha 221 to*
*Fox 212. Inmate involved in Cade Blue*

Location Found / Confiscated: *Alpha*

By: Staff Name: *Mark Tierney*    Date / Time: *6/3/04  2 53 pm*

From: Inmate Name: *Tucker, Kevin*    Inmate Number: *94084*

Chain of custody — contraband / criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE / TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| *Mark Tierney* | *Capt. Burgos* | *6/3/04 3 pm* | *Evidence* | *Safe* |

## ATTACHMENT A
## CONNECTICUT DEPARTMENT OF CORRECTION
### CONTRABAND / CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility / Unit:   **Garner Correctional Institution**

Classification of Contraband / Criminal Physical Evidence (Check one)

☐   Weapon

☐   Drug / Drug Paraphernalia

☐   Alcohol (commercial or home made)

☐   Appliance (e.g., television, radio, stereo, recorder, etc. . .)

☐   Currency (money or other commodity of exchange)

☐   Miscellaneous property

☒   Other   (video- tape)

EU# 04558 0604040BB
GCI-060404, I/m R. Reid #262849, A-212
placed in RHU pending a "DR" for Assault.
6/3/04-2:50 p.m. filmed by Jo Santopietro

Brief description of item or substance and any identifying mark(s):   Code blue in
Alpha unit. Video of inmate Reid # 262849 being escorted from
A-unit to retrictive housing.
Location Found / Confiscated:

By: Staff Name:   Santopietro, Joseph         Date / Time:   6/2/04   2:53 pm

From: Inmate Name:   Reid, Robert            Inmate Number:   262849

Chain of custody – contraband / criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE / TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| Santopietro, Joseph | Capt. Burgos | 6/2/04 3:05 pm | evidence | safe |
| Santpie, Jos | | | | |

## ATTACHMENT A
## CONNECTICUT DEPARTMENT OF CORRECTION
### CONTRABAND / CRIMINAL PHYSICAL EVIDENCE TAG AND CHAIN OF CUSTODY

Facility / Unit:   **Garner Correctional Institution**

Classification of Contraband / Criminal Physical Evidence (Check one)

EU# 04557  060404

| ☐ | Weapon | **GCI-060404, Code Blue Alpha I/m R. Reid** |
|---|---|---|
| ☐ | Drug / Drug Paraphernalia | **#262849, A-212 assaulted I/m K. Tucker** |
| ☐ | Alcohol (commercial or home made) | **#94084, A-221 6/3/04 2:50 p.m. filmed by E** |
| ☐ | Appliance (e.g., television, radio, stereo, recorder, etc...) | **Morales-Center Control** |
| ☐ | Currency (money or other commodity of exchange) | |
| ☐ | Miscellaneous property | |
| ☒ | Other   VIDEOTAPE | |

Brief description of item or substance and any identifying mark(s):

CODE BLUE IN ALPHA BETWEEN TUCKER # 94084 (A-22
AND REED # 262849 (A212)

Location Found / Confiscated:

By: Staff Name:  EDGAR MORALES        Date / Time:  6-2-04   2 48 pm

From: Inmate Name:  TUCKER        Inmate Number:  94084
REED                              262849

Chain of custody – contraband / criminal physical evidence (signature required)

| STAFF FROM | STAFF TO | DATE / TIME | REASON | DISPOSITION |
|---|---|---|---|---|
| E MORALES | CAPT BURGA | 6-2-04  3 15 pm | EVIDENCE | SAFE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-3-00 Page 1

GCT # 060404
(3A) 060404-1

Institution: Garner C.I.

Inmate name: Tuckes, Kevin

Employee completing inventory: ___

Inmate number: 94084

Purpose of inventory: ☐ admission ☐ restrictive housing ☑ transfer ☐ discharge ☐ other (specify)

Date 6/6/ Time 9:30 ☐ a.m. ☑ p.m.

Disposition codes: C=contraband D=donated M=mailed R=retained by inmate S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition |
|--------|---------------|-------------|-------------|
| | baseball cap | | |
| | bathrobe | | |
| | belt | | |
| | blouse | | |
| | bra | | |
| | coat | | |
| | dress | | |
| | gloves | | |
| | gym shorts | | |
| | jeans | | |
| | nightgown | | |
| | pajamas | | |
| | pants | | |
| | rainwear | | |
| | shirt | | |
| | skirt | | |
| | slip | | |
| | socks | White | |
| | sweater | | |
| 1 | sweatpants | gray | |
| 2 | sweatshirt | gray | |
| | swimsuit | | |
| 6 | underwear | 4 Boxers /2 Briefs | |
| 4 | T-shirt | White | |

| amount | appliance items | description | disposition |
|--------|-----------------|-------------|-------------|
| | calculator | | |
| | cassette player | | |
| | cassette tapes | | |
| | electric razor | | |
| | hair dryer | | |
| 1 | head phones | | |
| | lamp | large | |
| | radio | | |
| 1 | television | RTV | |
| | video cartridges | | |
| | video game | | |

| amount | miscellaneous items | description | disposition |
|--------|---------------------|-------------|-------------|
| | address book | | |
| | combo lock | | |
| | extension cord | | |
| | eyeglasses | | |
| | photo album | | |
| | prayer rug | | |
| | towel | | |
| | washcloth | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.



# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-3-00
Page 1

GA# 060604
(317) 060404

Init _____

Inmate name: Reid, Robert

Employee completing inventory c/o Burnett

Inmate number 262849

Purpose of Inventory: ☐ admission ☒ restrictive housing ☐ transfer ☐ discharge ☐ other (specify)

Date 6-2-04 Time 440 ☐ a.m. ☒ p.m. | Disposition codes: C=contraband D=donated M=mailed R=retained by inmate S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition |
|---|---|---|---|
| | baseball cap | | |
| | bathrobe | | |
| | belt | | |
| | blouse | | |
| | bra | | |
| | coat | | |
| | dress | | |
| | gloves | | |
| | gym shorts | | |
| | jeans | | |
| | nightgown | | |
| | pajamas | | |
| | pants | | |
| | rainwear | | |
| | shirt | | |
| | skirt | | |
| | slip | | |
| | socks | | |
| | sweater | | |
| | sweatpants | | |
| | sweatshirt | | |
| | swimsuit | | |
| | underwear | | |
| | T-shirt | | |

| amount | appliance items | description | disposition |
|---|---|---|---|
| | calculator | | |
| | cassette player | | |
| | cassette tapes | | |
| | electric razor | | |
| | hair dryer | | |
| | head phones | | |
| | lamp | | |
| | radio | | |
| | television | | |
| | video cartridges | | |
| | video game | | |

| amount | miscellaneous items | description | disposition |
|---|---|---|---|
| | address book | | |
| | combo lock | | |
| | extension cord | | |
| | eyeglasses | | |
| | photo album | | |
| | prayer rug | | |
| | towel | | |
| | washcloth | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-3-00
Page 1

CCF # 060404
(3n) 060404

Unit: Garner C.I.

Inmate name: Tucker, Kevin

Employee completing inventory: N.O.S. _____

Inmate number: 94084

Purpose of inventory: ☐ admission  ☐ restrictive housing  ☑ transfer  ☐ discharge  ☐ other (specify) _____

Date: 6/16/04  Time: 4:30  ☐ a.m.  ☑ p.m.

Disposition codes: C=contraband  D=donated  M=mailed  R=retained by inmate  S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition |
|---|---|---|---|
| | baseball cap | | |
| | bathrobe | | |
| | belt | | |
| | blouse | | |
| | bra | | |
| | coat | | |
| | dress | | |
| | gloves | | |
| | gym shorts | | |
| | jeans | | |
| | nightgown | | |
| | pajamas | | |
| | pants | | |
| | rainwear | | |
| | shirt | | |
| | skirt | | |
| | slip | | |
| 6 | socks | white | |
| | sweater | | |
| 1 | sweatpants | gray | |
| 2 | sweatshirt | gray | |
| | swimsuit | | |
| 46 | underwear | 4 Boxers /2 Briefs | |
| 5 | T-shirt | White | |

| amount | appliance items | description | disposition |
|---|---|---|---|
| | calculator | | |
| | cassette player | | |
| | cassette tapes | | |
| | electric razor | | |
| 1 | hair dryer | | |
| | head phones | | |
| | lamp | large | |
| | radio | | |
| 1 | television | RTV | |
| | video cartridges | | |
| | video game | | |

| amount | miscellaneous items | description | disposition |
|---|---|---|---|
| | address book | | |
| | combo lock | | |
| | extension cord | | |
| | eyeglasses | | |
| | photo album | | |
| | prayer rug | | |
| | towel | | |
| | washcloth | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the disposition column.

GARNER DW AREA

06/10/2004 09:40 FAX 203 270 2883

☑021

# Inmate Property Inventory Form, Attachment B
## Connecticut Department of Correction

Rev. 1-3-00
Page 1

CDI# 06040604
C3A 7060404

| Unit | ALPHA | Garner C. I. |
|---|---|---|

Employee completing inventory: c/o Burnett

Inmate name: Reid, Robert

Inmate number: 262849

Purpose of inventory: ☐ admission  ☒ restrictive housing  ☐ transfer  ☐ discharge  ☐ other (specify)

Date 6-2-04 Time 440 ☐ a.m. ☒ p.m.

Disposition codes: C=contraband  D=donated  M=mailed  R=retained by inmate  S=stored

## PROPERTY MATRIX/RUNNING INVENTORY

| amount | clothing item | description | disposition |
|---|---|---|---|
| | baseball cap | | |
| | bathrobe | | |
| | belt | | |
| | blouse | | |
| | bra | | |
| | coat | | |
| | dress | | |
| | gloves | | |
| | gym shorts | | |
| | jeans | | |
| | nightgown | | |
| | pajamas | | |
| | pants | | |
| | rainwear | | |
| | shirt | | |
| | skirt | | |
| | slip | | |
| | socks | | |
| | sweater | | |
| | sweatpants | | |
| | sweatshirt | | |
| | swimsuit | | |
| | underwear | | |
| | T-shirt | | |

| amount | appliance items | description | disposition |
|---|---|---|---|
| | calculator | | |
| | cassette player | | |
| | cassette tapes | | |
| | electric razor | | |
| | hair dryer | | |
| | head phones | | |
| | lamp | | |
| | radio | | |
| | television | | |
| | video cartridges | | |
| | video game | | |

| amount | miscellaneous items | description | disposition |
|---|---|---|---|
| | address book | | |
| | combo lock | | |
| | extension cord | | |
| | eyeglasses | | |
| | photo album | | |
| | prayer rug | | |
| | towel | | |
| | washcloth | | |

If an item is received through the mail or a visit, or issued after arrival, enter it and indicate the date received in the description column.