

# NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS

## CLASSIFICATION HANDBOOK

Revised 1999

000044

G. <u>Use of Medium Custody Holding Cells (NHSP/M)</u>

The holding cells in the medium custody units are designed for the temporary detention of medium custody inmates for a cooling off period when removal to Special Housing Unit is not warranted or necessary. The Platoon Commander is the only one authorized to order such detention. This detention may not exceed two hours without the approval of the Warden/Superintendent or designee. The maximum stay in a holding cell is four hours per incident.

V. TRANSFER

For a variety of reasons it is sometimes necessary for inmates sentenced to the New Hampshire State Prison to be housed elsewhere. In the event an inmate is transferred it is important to remember that the inmate is required not only to abide by the policies and procedures of the current housing institution, but also the inmate is still under the authority of the New Hampshire Department of Corrections. All programming/housing changes that would reduce the inmate's custody level shall require the approval of the New Hampshire State Prison Classification Board through the normal approval process by the Warden/Superintendent and the Commissioner. All requests for classification changes must come from from the housing authorities where the inmate is currently being housed. This request must be accompanied by sufficient paperwork explaining the appropriateness of the request and an update of the inmate's adjustment at that facility. This request will be reviewed by the Classification Board using the record only for review. The Classification Officer will notify the requesting authority of the board's decision via the Interstate Compacts Administrator's Office. The appeal procedures are the same as the regular classification hearings.

All transfers will be made with the approval of the Warden and must be based on the acceptance of the authorities in the receiving state. In the event a transfer is granted, the inmate will be provided with a copy of the New Hampshire Department of Corrections Information and Data Sheet which will explain the methods of contacting department personnel in the event it is necessary.

A. <u>Locations of Transfers from the New Hampshire State Prison</u>

1. <u>Out of State</u>: New Hampshire inmates can be transferred to another state provided that the state is a member of the Interstate Corrections Compact.

After the appropriate approval process, the Classification Officer will notify the Department of Corrections Compacts Administrator of the transfer. The Administrator will begin the process for out-of-state transfer.

2. <u>New Hampshire County Facilities</u>: New Hampshire inmates may be considered for transfer to a New Hampshire County Facility provided there is an existing transfer agreement between the State of New Hampshire and that county and the county authorities approve of such transfers. After the appropriate approval process, the Classification Officer will begin the process of county transfer.

3. <u>Federal Authorities</u>: New Hampshire inmates can be transferred to the Federal Authorities. Upon the appropriate approval process, the Classification Officer will notify the Department of Corrections Compact Administrator, who will begin the process of Federal transfer with the appropriate federal authorities.

B. <u>Reasons/Procedures for Transfer</u>

1. <u>At the Request of the Inmate</u>: If an inmate desires to transfer to another facility for appropriate reasons (e.g. family ties) the inmate may make such a request on an Inmate Request Slip to the Unit Team. The Unit Team will review the request and will then make the appropriate recommendation to the Classification Officer through a Unit Classification Board. Transfer request hearings will be handled with the same procedures as a Reclassification Hearing. After recommendation by the Warden/Superintendent, the request for transfer must be approved by the Commissioner.

2. <u>Administrative Transfer</u>: In the event it becomes necessary to transfer an inmate for the benefit of the institution and/or inmate; the Classification Officer may schedule a transfer hearing based on the needs of the prison. If the inmate is present in a Departmental facility, he/she will be notified of the proposed transfer. If a hearing is not held prior to transfer, a record only board will be conducted to review the purpose of the transfer.

3. <u>Recording of Transfer</u>: The inmate's file will reflect the rationale and basis for the transfer, but no inmate is entitled to any hearing before any

91

000046