MINUTES - NEW HAMPSHIRE ADULT PAROLE BOARD    DATE: August 8, 2002                    EXHIBIT B

INMATE'S LOCATION  CCI CHESHIRE              NAME: Robert A. Reid
                                                   #18258

TAPE NUMBER J-3090

_____ Approved for Parole          ✓  Parole Denied

MPD: 2/16/02

Reason Denied: CUSTODY LEVEL (C-5) NEEDS WORK RELEASE TO TRANSITION AFTER LONG INCARCERATION

Will Rehear: WHEN IN A HALFWAY HOUSE, PARTICIPATING IN ANGER MANAGEMENT

Special Conditions:

A _____ I will participate regularly in Alcoholics Anonymous/Narcotics Anonymous to the satisfaction of the Parole Officer.

B _____ I will secure written permission from the Parole Officer prior to purchasing and/or operating a motor vehicle.

C _____ I will participate in and satisfactorily complete the following program:

☐ Summit House Aftercare Program

☐ Substance Abuse Evaluation/Treatment

☐ Sex Offender Counseling.

☐ Other

D _____ I will enroll and participate in mental health counseling on a regular basis to the satisfaction of the Parole Officer.

E _____ I will not be in the unsupervised company of (female/male) minors at any time.

F _____ I will not leave the county without permission of the Parole Officer.

G _____ I will refrain totally from the use of alcoholic beverages.

H _____ I will execute and deliver all necessary documents to release any and all otherwise privileged reports relating to medical or mental health care, counseling, employment, or income as may be requested by the Parole Officer.

I _____ Other:

☐ ISP

Comments:


NOTICE TO INMATES: If you are approved for parole and receive a disciplinary before your release, your release may be delayed.