

## STATE OF NEW HAMPSHIRE
### DEPARTMENT OF CORRECTIONS
### DIVISION OF ADMINISTRATION
P.O. BOX 1806
CONCORD, NH 03302-1806

603-271-5610   FAX: 603-271-5639
TDD Access: 1-800-735-2964

Phil Stanley
Commissioner

Don Vano
Director

Respond to:   P. O. Box 14
              Concord, NH  03302

March 6, 2003

Robert A. Reid – NHSP #18258 – CT #262849
Corrigan Correctional Institution
986 Norwich/New London Turnpike
Uncasville, CT  06382

Dear Mr. Reid:

This responds to your January 22, 2003 letter concerning your return to New Hampshire.

In accordance with the Classification Manual, you must be disciplinary free before you are eligible for reduced custody. Any request for reduced custody must be requested by the authorities in Connecticut. It is our understanding that Connecticut does not feel that you are appropriate for reduced custody due to a recent disciplinary report.

You will need to be of good conduct and work with Connecticut to gain reduced custody consideration. Remember reduced custody is a privilege.

You are not being considered for return to New Hampshire at this time.

I trust this is responsive to your concerns.

Sincerely,

Denise M. Heath
Deputy Compact Administrator

cc:   Lynn Milling

Promoting Public Safety Through Integrity, Respect, Professionalism

000047