## AFFIDAVIT OF JOHN F. ECKERT

I, John F. Eckert, upon oath do hereby depose and state as follows:

1. I am the Executive Assistant to the New Hampshire Adult Parole Board and have been for all times relevant to this matter.

2. In New Hampshire, the grant of parole is purely discretionary. The New Hampshire Supreme Court has indicated that "in the absence of some provision grounded in state law mandating a prisoner's release upon proof of certain ascertainable facts, there is no right to parole." *Baker v. Cunningham*, 128 N.H. 374, 380 (1986). In Mr. Reid's case, there is no provision grounded in state law mandating his release nor has the New Hampshire Adult Parole Board granted him parole.

3. In deciding the grant of parole, the New Hampshire Adult Parole Board considers a variety of factors including but not limited to the nature of the underlying offense, the feelings of the victim, the length of time in custody, the need for gradual reintegration into the community, and the inmate's disciplinary history while incarcerated.

4. With regard to Mr. Reid specifically, the New Hampshire Adult Parole Board requires him to reside in a prison halfway house having progressed through the prison's classification system before being considered for parole. At this time, Mr. Reid is neither eligible for halfway house placement nor is the New Hampshire Adult Parole Board empowered to place him in a prison halfway house.

Executed this ____ day of _____, 2004.

---------------------------------------

JOHN F. ECKERT

THE STATE OF NEW HAMPSHIRE

_____, SS

    On the _____ day of _____, 20042 before me, the undersigned officer, appeared JOHN F. ECKERT, known to me to be the person whose name appears above, and he subscribed his name to the foregoing instrument and swore that the facts contained in this Affidavit are true to the best of his knowledge and belief.

---------------------------------------

Notary Public/Justice of the Peace

My Commission expires: _____           *(seal)*

35863