

an official NEW HAMPSHIRE government website

# New Hampshire
# Department of Corrections

Public | Business | Government | Search This Site

- » **Home**
- » **About Us**
- » **News**
- » **Divisions/Units**
- » **State Prisons**
- » **Inmate Locator**
- » **Doing Business**
- » **Career Opportunities**
- » **Victim Services**
- » **FAQs**
- » **Contact Us**
- » **Site Map**

### Offender Locator

| Full Name | Birth Year | Book Number | Booked Date | Current Parole Date | Maxed Date | Crime Category | Facility |
|-----------|-----------|-------------|-------------|---------------------|------------|----------------|----------|
| REID, ROBERT A | 1962 | 18258 | 6/1/1990 | 2/16/2002 | 8/24/2019 | ASSAULT | CCC |

Return to search page

\* - CRIME CATEGORY:

(BLANK SPACE) = Usually an inmate from another jurisdiction
ARSON = Arson
DAMAGE P = Damaging Property/Vandalism
FRAUD AC = Fraudulent Activity (This could be for anyone convicted of insufficient bank funds, defrauding another,
　　　forgery or related crimes)
KIDNAP = Includes Kidnapping, Criminal Restraint, False Imprisonment, Stalking, and Interference with Custody
LARCENY = Theft by unauthorized taking and is defined by RSA 637-3
OBSCENIT = Receiving/Possession/Distribution of Obscene Material
OBSTRUCT = Obstructing Justice
SEXUAL = Sexual Assault
SEX OFF = Sex Offense
STOLEN P = Receiving Stolen Property
STOLEN V = Stolen Vehicle
TRAFFIC = Habitual Offender or other Motor Vehicle offenses

\*\* - HOUSING CODES:

AHC - Administrative Home confinement (Electronic Monitoring)
CCC - Community Corrections
CMP - Interstate Compact (Inmates from other jurisdictions)
CONC - Inmates Serving Concurent sentence with other jurisdiction
CRT - Out to Court
ESCP - On Escape Status
HOC - Inmate Held in a NH County Jail

HOSP - Inmate in Hospital
LRF - Lakes Region Facility, Laconia, NH
NCF - Northern NH Correctional Facility, Berlin, NH
NHPW - NH Prison for Women, Goffstown, NH
NHSP - NH State Prison for Men, Concord, NH
SPU - Secure Psychiatric Unit, Concord, NH
XTPO - Non-NH inmates temporarily Out

\*\*\* - MAXED DATE:

12/31/3000 - Life without parole
12/31/2999 - Up to a maximum of life

If you have any questions, comments, or suggestions about the website please click here

If you find any technical problems with this website please click here



NH.gov | Privacy Policy | Accessibility Policy