# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT REID** : | **CIVIL ACTION NO.** | |
| : | 3 : 03:CV208(JCH)  (HBF) | |
| **Plaintiff,** : | | |
| **V.** : | | |
| **JOHN ARMSTRONG, ET AL.** : | | |
| **Defendants.** : | December 19, 2007 | |

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above captioned matter respectfully moves this Court to grant a 90 day extension of time (to March 18, 2008) to allow the plaintiff to file his Opposition to the defendant's Motion for Summary Judgment.

The plaintiff himself is incarcerated and the undersigned has not yet been able to get the plaintiff's input into his Opposition.

The undersigned attempted to learn of AAG O'Neill's position on this extension requests but was unsuccessful.

                    THE PLAINTIFF,

          By      /s/
             Jim Nugent
             Fed. Bar No. CT05792
             Nugent & Bryant
             236 Boston Post Road
             Orange, CT 06477
             (203)795-1111
             Email:Jim@NugentLawyers.com

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Terry O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

12/19//2007                                                    /s/
Date                                                              Jim Nugent