UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROBERT REID** | : | CIVIL ACTION NO. |
| | : | 3 : 03:CV208 (HBF) |
| Plaintiff, | : | |
| V. | : | |
| **JOHN ARMSTRONG, ET AL.** | : | |
| Defendants. | : | March 14, 2008 |

## MOTION FOR EXTENSION OF TIME

The plaintiff, through counsel in the above captioned matter respectfully moves this Court to grant a 60-day extension of time (to May 18, 2008) to allow the plaintiff to file his Opposition to the defendant's Motion for Summary Judgment.

The plaintiff himself is incarcerated and the undersigned court-appointed counsel was unable to locate the plaintiff until Tuesday, March 11, 2008 at the plaintiff's new correctional institution in New Hampshire.  The plaintiff needs to review the Motion for Summary Judgment and Objection and be afforded an opportunity to offer his input.  It is anticipated that the undersigned may have to travel to New Hampshire to consult with the plaintiff.   The undersigned consulted with Assistant Attorney General Terry O'Neill,

Esq., who consents to the granting of this motion.

                                 THE PLAINTIFF,

By      /s/
        Jim Nugent
        Fed. Bar No. CT05792
        Nugent & Bryant
        236 Boston Post Road
        Orange, CT 06477
        (203)795-1111
        Email:Jim@NugentLawyers.com

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Terry O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

March 14, 2008                         /**s**/
Date                                           Jim Nugent