**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ROBERT REID** | : | **CIVIL ACTION NO.** |
| | : | **3 : 03:CV208 (HBF)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **JOHN ARMSTRONG, ET AL.** | : | |
| | : | |
| **Defendants.** | : | **May 14, 2008** |

## MOTION FOR ADDITIONAL EXTENSION OF TIME

The plaintiff, through counsel in the above captioned matter respectfully moves this Court to grant an additional 120-day extension of time (to September 13, 2008) to allow the plaintiff to file his Opposition to the defendant's Motion for Summary Judgment.

The plaintiff himself is incarcerated and the undersigned court-appointed counsel was able to contact the plaintiff. The plaintiff has been moved and is unable to review his box of legal papers since he was separated from them upon his move/transfer.

The undersigned consulted with Assistant Attorney General Terry O'Neill, Esq., who consents to the granting of this motion.

THE PLAINTIFF,

By_____
         Jim Nugent
         Fed. Bar No. CT05792
          Nugent & Bryant
         236 Boston Post Road
         Orange, CT 06477
         (203)795-1111
         Email:Jim@NugentLawyers.com

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Terry O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

May 14, 2008_____            _____
Date                             Jim Nugent