## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT REID | : | |
|     Plaintiff. | : | DOCKET NO. 3:03-CV-208(WWE) |
| | : | |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL., | : | |
|     Defendants. | : | SEPTEMBER 12, 2008 |

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff, by and through his undersigned counsel, hereby objects to Defendants' Motion for Summary Judgment, and in opposition thereto submits the following:

1. Plaintiffs' Local Rule 56(a)(2) statement and counter-statement of disputed material facts; and

2. Memorandum of Law;

WHEREFORE, for these reasons and those more fully set forth in the accompanying exhibits and memorandum, the defendants' motion must be denied.

1

                        RESPECTFULLY SUBMITTED
                        THE PLAINTIFF

BY:    /s/ Jim. Nugent /s/
         Jim Nugent of Nugent & Bryant
         Fed Bar No. CT 05792
         236 Boston Post Road
         Orange, CT 06477
         Tel.  203-795-1113
         Fax. 203-795-1019
         Email. Jim@NugentLawyers.com


## **C E R T I F I C A T I O N**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

BY:    /s/ Jim Nugent /s/
         Jim Nugent of Nugent & Bryant
         Fed Bar No. CT 05792
         236 Boston Post Road
         Orange, CT 06477
         Tel.  203-795-1113
         Fax. 203-795-1019
         Email. Jim@NugentLawyers.com